**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE CARLOTZ, INC. SECURITIES LITIGATION**
Case No. 1:21-cv-05906-AS (S.D.N.Y.)

## NOTICE OF APPEAL

Notice is hereby given that **Xinbao Wang and Fen Wang**, Settlement Class Members who timely objected to the proposed settlement, hereby appeal to the **United States Court of Appeals for the Second Circuit** from:

1. **The Final Judgment and Order of Dismissal with Prejudice entered on July 7, 2025 (Dkt. No. 205);**
2. **The Order entered on June 11, 2025, overruling objections and granting the Motion for Final Approval of Settlement and Motion for Attorneys' Fees and Expenses (Dkt. No. 189);** and
3. **All findings, determinations, and rulings incorporated therein relating to settlement approval, the Plan of Allocation, attorney's fees, insider liability releases, service awards, and any constitutional or due process issues arising under Rule 23(e) and the Fifth Amendment.**

This appeal encompasses all related orders, rulings, and determinations adverse to Objectors that were issued in connection with settlement approval, notice adequacy, fairness findings, procedural due process, and attorney compensation, and it preserves all issues of federal constitutional and systemic importance for further appellate review.

Dated: **July 16, 2025**

Respectfully submitted,

/s/ Xinbao Wang
XINBAO WANG
1404 N Thayer Ave
Ellensburg, WA 98926
(509) 859-6114
synbaxp6@gmail.com

/s/ Fen Wang
FEN WANG
1404 N Thayer Ave
Ellensburg, WA 98926
(509) 859-6114
vinnowang@gmail.com

**Objectors/Appellants, Pro Se**

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 16, 2025**, I submitted the foregoing **Notice of Appeal** to the Pro Se Intake Unit of the United States District Court for the Southern District of New York by email to **ProSe@nysd.uscourts.gov**. I understand that upon docketing, notice will be automatically provided to all counsel of record via the Court's CM/ECF system.

Dated: July 16, 2025

/s/ Xinbao Wang
XINBAO WANG, Pro Se

/s/ Fen Wang
FEN WANG, Pro Se

CLOSED,APPEAL,ECF,LEAD

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:21−cv−05906−AS

IN RE CARLOTZ, INC. SECURITIES LITIGATION
Assigned to: Judge Arun Subramanian
Related Cases: 1:21−cv−06191−AS
1:21−cv−06627−AS
1:21−cv−08786−AS
1:21−cv−08623−AS
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 07/08/2021
Date Terminated: 07/07/2025
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Lead Plaintiff**

**David Berger** represented by

**Kim Elaine Miller**
Kahn Swick & Foti, LLC
250 Park Avenue
Suite 2040
New York, NY 10177
212−696−3732
Fax: 504−455−1498
Email: kim.miller@ksfcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig J. Geraci**
Kahn Swick & Foti, LLC
1100 Poydras Street
Suite 960
New Orleans, LA 70163
504−455−1400
Fax: 504−455−1498
Email: craig.geraci@ksfcounsel.com
*ATTORNEY TO BE NOTICED*

**J. Ryan Lopatka**
Kahn Swick & Foti, LLC (NYC)
250 Park Ave., Suite 2040
New York, NY 10003
(212) 696−3733
Email: j.lopatka@ksfcounsel.com
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Woodard**
Kahn Swick & Foti, LLC
1100 Poydras Street
Suite 960
New Orleans, LA 70163
504−648−0172
Email: matthew.woodard@ksfcounsel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel G. Erdman**
*Individually and On Behalf of All Others Similarly Situated* represented by

**Charles H. Linehan**
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201−9150
Email: clinehan@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Gregory Bradley Linkh**

Glancy Prongay & Murray LLP
230 Park Avenue
Suite 358
New York, NY 10169
212–682–5340
Email: glinkh@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mendel Kabacznik** represented by **Charles H. Linehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shabsi Kabacznik** represented by **Charles H. Linehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Kabacznik** represented by **Charles H. Linehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ishvar B. Sutariya** represented by **Ishvar B. Sutariya**
PRO SE

**David Avi Rosenfeld**
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
631–367–7100
Fax: 631–367–1173
Email: drosenfeld@rgrdlaw.com
*TERMINATED: 10/21/2021*

**Plaintiff**

**George Bott** represented by **Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)–661–1100
Email: ahood@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Bailey** represented by

**Craig J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Ryan Lopatka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Woodard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kim Elaine Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

**Michael S. Widuck**
*individually and on behalf of all others similarly situated*

represented by **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)–661–1100
Fax: (212)–661–8665
Email: jalieberman@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alexander Hood , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael Turk**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Joseph Eli Levi**
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
(212)–363–7500
Fax: (212)–363–7171
Email: jlevi@zlk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CarLotz, Inc.**

represented by **Mary Jane Eaton**
Freshfields US LLP
3 World Trade Center
175 Greenwich Street
Ste 51st Floor
New York, NY 10007
212–277–4000
Email: mary.eaton@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
Freshfields US LLP
3 World Trade Center

175 Greenwich Street
Ste 51st Floor
New York, NY 10007
212–277–4000
Email: nicholas.caselli@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael W. Bor** represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas W. Stoltz** represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Polak**
*TERMINATED: 03/29/2024* represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acamar Partners Acquisition Corp.** represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acamar Partners Sponsor I LLC** represented by **Stephen Patrick Blake**
Simpson Thacher & Bartlett LLP (CA)
2475 Hanover Street
Palo Alto, CA 94304
(650)–251–5153
Fax: (650)–251–5002
Email: sblake@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acamar Partners Sub, Inc.**

**Defendant**

**Luis Ignacio Solorzano Aizpuru** represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Juan Carlos Torres Carretero** represented by **Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James E. Skinner** represented by **Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Domenico De Sole** represented by **Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teck H. Wong** represented by **Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2021 | 1 | COMPLAINT against Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz. (Filing Fee $ 402.00, Receipt Number ANYSDC−24771313)Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 07/08/2021) |
| 07/08/2021 | 2 | CIVIL COVER SHEET filed..(Linkh, Gregory) (Entered: 07/08/2021) |
| 07/08/2021 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to CARLOTZ, INC., MICHAEL W. BOR, and THOMASW. STOLTZ, re: 1 Complaint. Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 07/08/2021) |
| 07/09/2021 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Gregory Bradley Linkh. The party information for the following party/parties has been modified: Daniel G. Erdman. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc)** (Entered: 07/09/2021) |

| | | |
|---|---|---|
| 07/09/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 07/09/2021) |
| 07/09/2021 | | Magistrate Judge Katharine H. Parker is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 07/09/2021) |
| 07/09/2021 | | Case Designated ECF. (pc) (Entered: 07/09/2021) |
| 07/09/2021 | 4 | ELECTRONIC SUMMONS ISSUED as to Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(pc) (Entered: 07/09/2021) |
| 07/16/2021 | 5 | ORDER AND NOTICE OF INITIAL CONFERENCE: This case has been assigned to me for all purposes. It is hereby: ORDERED that, by October 8, 2021, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs as further set forth in this order. IT IS FURTHER ORDERED that counsel for all parties appear for an initial statusconference on October 15, 2021 at 10:00 a.m. The Court will hold this conference by telephone. The parties shall use the dial–in information provided below to call into the conference: Call–in Number: (888) 363–4749; Access Code: 1015508. This conference line is open to the public. If Defendants have been properly served and the parties are available to proceed with an initial status conference prior to October 15, 2021 the parties shall notify the Court and propose alternative dates for the conference. Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated. SO ORDERED., Initial Conference set for 10/15/2021 at 10:00 AM before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 7/16/2021) (rj) (Entered: 07/16/2021) |
| 07/22/2021 | 6 | SUMMONS RETURNED EXECUTED Summons and Complaint served. CarLotz, Inc. served on 7/20/2021, answer due 8/10/2021. Service was accepted by Legal Rep. Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 07/22/2021) |
| 08/05/2021 | 7 | NOTICE OF APPEARANCE by Mary Jane Eaton on behalf of Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 08/05/2021) |
| 08/05/2021 | 8 | NOTICE OF APPEARANCE by Nicholas Angelo Caselli on behalf of Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Caselli, Nicholas) (Entered: 08/05/2021) |
| 08/05/2021 | 9 | PROPOSED STIPULATION AND ORDER. Document filed by Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 08/05/2021) |
| 08/06/2021 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by CarLotz, Inc...(Eaton, Mary) (Entered: 08/06/2021) |
| 08/06/2021 | 11 | STIPULATION AND SCHEDULING ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, and subject to Court approval, that: 1. By entering into this stipulation, Defendants accept service of the Complaint in this action and expressly reserve all of their respective rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense to the sufficiency of service of the Complaint. 2. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended complaint or designating the operative complaint and for briefing on any motion to dismiss or response thereto. Defendants shall have no obligation to respond to the Complaint until the date ordered by the Court after it receives the proposed schedule. IT IS SO STIPULATED. IT IS SO ORDERED. Any oppositions to motions to serve as lead plaintiff shall be due September 17, 2021, and any replies shall be due September 24, 2021. In addition, the Court notes that in the event that any party seeks to consolidate this action with any other action on behalf of a class asserting substantially the same claim, the Court shall not appoint a lead |

| | | |
|---|---|---|
| | | plaintiff until after a decision on the motion to consolidate is rendered. See 15 U.S.C. § 78u–4(a)(3)(B)(ii). The Court will discuss any motions to serve as lead plaintiff or requests for consolidation at the October 15, 2021 telephone conference scheduled for both this action and in the related Widuck v. CarLotz action (No. 21–CV–6191). ( Motions due by 9/17/2021, Replies due by 9/24/2021.) (Signed by Judge Ronnie Abrams on 8/6/2021) (ate) (Entered: 08/06/2021) |
| 08/06/2021 | | Set/Reset Deadlines: Responses due by 9/17/2021 (ate) (Entered: 08/12/2021) |
| 08/16/2021 | 12 | ORDER: These related putative securities class actions have been assigned to me. Each action names the same three Defendants, and counsel has appeared on behalf of Defendants in the first filed action, Erdman v. CarLotz, Inc., et al. No later than August 30, 2021, the parties are directed to meet and confer and to inform the Court by joint submission whether (1) any party anticipates moving to consolidate these actions; and (2) if so, proposing a common schedule by which the motions for consolidation and the selection of lead plaintiff/counsel will be submitted, keeping in mind the statutory requirements set out in the PSLRA. See 15 U.S.C. § 78u–4(a)(3). As noted in the Court's previous orders in Erdman and Widuck, a telephone conference is currently scheduled in all three actions for October 15, 2021 at 10:00 a.m., on the following conference line: Call–in Number: (888) 363–4749; Access Code: 1015508. The Court is willing to adjust the timing of this conference if a different date would be more appropriate, and the joint letter described above should indicate if that is the case. SO ORDERED., Telephone Conference set for 10/15/2021 at 10:00 AM before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 8/16/2021) (rj) (Entered: 08/16/2021) |
| 08/30/2021 | 13 | LETTER addressed to Judge Ronnie Abrams from Gregory B. Linkh dated August 30, 2021 re: Meet and Confer. Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 08/30/2021) |
| 08/30/2021 | 14 | PROPOSED STIPULATION AND ORDER. Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 08/30/2021) |
| 08/31/2021 | 15 | MEMO ENDORSEMENT on re: (13 in 1:21–cv–05906–RA) Letter re: Meet and Confer filed by Daniel G. Erdman. ENDORSEMENT: The Court agrees with the approach proposed by the parties, and thanks them for their cooperation. The Clerk of Court is directed to consolidate these actions in accordance with the stipulation and order being filed alongside this endorsement. (See para. 1–3). SO ORDERED. (Signed by Judge Ronnie Abrams on 8/31/2021) (rj) (Entered: 08/31/2021) |
| 08/31/2021 | 16 | STIPULATION AND ORDER CONSOLIDATING ACTIONS AND SETTING BRIEFING SCHEDULE FOR ANTICIPATED LEAD PLAINTIFF MOTIONS: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows: 1. The above–captioned actions are consolidated for all purposes, including pre– trial proceedings and any trial, pursuant to Federal Rule of Civil Procedure 42(a) as In re CarLotz, Inc. Securities Litigation, Master File No. 1:21– cv–05906–RA (the "Consolidated Action"). 2. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption: IN RE CARLOTZ, INC. SECURITIES LITIGATION. 3. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 1:21–cv–05906–RA. 4. In accordance with Local Civil Rule 6.1(b), oppositions to motions to serve as lead plaintiff shall be filed by September 21, 2021, and any replies shall be filed by September 28, 2021. 5. On October 15, 2021 at 10:00 a.m., the Court will hold a telephonic motion hearing concerning any motions for appointment of lead plaintiff and lead counsel. The parties shall use the following dial–in information to call into the conference: Call–in Number: (888) 363–4749; Access Code: 1015508. 6. Within fourteen (14) days after the entry of an order by the Court appointing lead plaintiff(s) and lead counsel in the Consolidated Action, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended complaint or designating an existing complaint as the operative complaint in the Consolidated Action (the "Consolidated Complaint") and for any briefing on any motion to dismiss or response thereto. In the event lead counsel and counsel for Defendants agree upon such a schedule, they shall submit a written stipulation and proposed order for the Court's approval. In the event lead counsel and counsel for Defendants are unable to agree upon such a schedule, they shall submit a joint letter to the Court not to exceed 3 pages, setting out their |

| | | |
|---|---|---|
| | | respective positions. Until such schedule is approved by the Court, Defendants shall have no obligation to move, answer, or otherwise respond to any complaints filed in the Erdman, Widuck, or Turk Actions, in any action consolidated into the Consolidated Action, or in the Consolidated Action. 7. The October 15, 2021 Initial Case Management Conference, and the October 8, 2021 deadline to submit a joint letter and proposed case management plan, and scheduling order in connection with the same, is postponed until such further date set by the Court. 8. Defendants take no position as to the schedule for briefing motions for appointment as lead plaintiff and/or lead counsel or the hearing on such motions. IT IS SO STIPULATED., Telephone Conference set for 10/15/2021 at 10:00 AM before Judge Ronnie Abrams, Responses due by 9/21/2021, Replies due by 9/28/2021. (Signed by Judge Ronnie Abrams on 8/31/2021) Filed In Associated Cases: 1:21–cv–05906–RA, 1:21–cv–06191–RA, 1:21–cv–06627–RA (rj) (Entered: 08/31/2021) |
| 09/07/2021 | 17 | MOTION to Appoint David Berger to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by David Berger..(Miller, Kim) (Entered: 09/07/2021) |
| 09/07/2021 | 18 | MEMORANDUM OF LAW in Support re: 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by David Berger..(Miller, Kim) (Entered: 09/07/2021) |
| 09/07/2021 | 19 | DECLARATION of Kim E. Miller in Support re: 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by David Berger. (Attachments: # 1 Exhibit A – PSLRA Certification, # 2 Exhibit B – Loss Chart, # 3 Exhibit C – Statutory Notice, # 4 Exhibit D – Berger Declaration, # 5 Exhibit E – KSF Resume).(Miller, Kim) (Entered: 09/07/2021) |
| 09/07/2021 | 20 | PROPOSED ORDER. Document filed by David Berger. Related Document Number: 17 ..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/07/2021) |
| 09/07/2021 | 21 | MOTION to Appoint Counsel ., MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) . Document filed by Mendel Kabacznik, Shabsi Kabacznik, Abraham Kabacznik. (Attachments: # 1 Text of Proposed Order).(Linkh, Gregory) (Entered: 09/07/2021) |
| 09/07/2021 | 22 | MEMORANDUM OF LAW in Support re: 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) . . Document filed by Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik..(Linkh, Gregory) (Entered: 09/07/2021) |
| 09/07/2021 | 23 | DECLARATION of Gregory B. Linkh in Support re: 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) .. Document filed by Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Certifications, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – Joint Declaration, # 5 Exhibit E – GPM Firm Resume).(Linkh, Gregory) (Entered: 09/07/2021) |
| 09/07/2021 | 24 | MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Ishvar B. Sutariya..(Rosenfeld, David) (Entered: 09/07/2021) |
| 09/07/2021 | 25 | MEMORANDUM OF LAW in Support re: 24 MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Ishvar B. Sutariya..(Rosenfeld, David) (Entered: 09/07/2021) |
| 09/07/2021 | 26 | DECLARATION of David A. Rosenfeld in Support re: 24 MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Ishvar B. Sutariya. (Attachments: # 1 Exhibit A – PSLRA Notice, # 2 Exhibit B – Certification, # 3 Exhibit C – Estimate of losses, # 4 Exhibit D – Declaration of Ishvar B. Sutariya).(Rosenfeld, David) (Entered: 09/07/2021) |
| 09/07/2021 | 27 | PROPOSED ORDER. Document filed by Ishvar B. Sutariya. Related Document Number: 24 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/07/2021) |

| | | |
|---|---|---|
| 09/07/2021 | 28 | MOTION to Appoint George Bott to serve as lead plaintiff(s) ., MOTION to Approve Lead Plaintiff Counsel . Document filed by George Bott..(Hood, Joseph) (Entered: 09/07/2021) |
| 09/07/2021 | 29 | PROPOSED ORDER. Document filed by George Bott. Related Document Number: 28 ..(Hood, Joseph) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/07/2021) |
| 09/07/2021 | 30 | MEMORANDUM OF LAW in Support re: 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel . . Document filed by George Bott..(Hood, Joseph) (Entered: 09/07/2021) |
| 09/07/2021 | 31 | DECLARATION of J. Alexander Hood II in Support re: 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel .. Document filed by George Bott. (Attachments: # 1 Exhibit A – Loss Chart, # 2 Exhibit B – Press Release, # 3 Exhibit C – Certification, # 4 Exhibit D – Movant Declaration, # 5 Exhibit E – Firm Resume).(Hood, Joseph) (Entered: 09/07/2021) |
| 09/08/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 20 Proposed Order 27 Proposed Order 29 Proposed Order was reviewed and approved as to form. (km)** (Entered: 09/08/2021) |
| 09/21/2021 | 32 | NOTICE of NON–OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL. Document filed by George Bott..(Lieberman, Jeremy) (Entered: 09/21/2021) |
| 09/21/2021 | 33 | RESPONSE to Motion re: 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) ., 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel . . Document filed by Ishvar B. Sutariya..(Rosenfeld, David) (Entered: 09/21/2021) |
| 09/21/2021 | 34 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel . . Document filed by Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik..(Linkh, Gregory) (Entered: 09/21/2021) |
| 09/21/2021 | 35 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) ., 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel . . Document filed by David Berger..(Miller, Kim) (Entered: 09/21/2021) |
| 09/28/2021 | 36 | REPLY MEMORANDUM OF LAW in Support re: 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) . . Document filed by Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik..(Linkh, Gregory) (Entered: 09/28/2021) |
| 09/28/2021 | 37 | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by David Berger..(Miller, Kim) (Entered: 09/28/2021) |
| 10/13/2021 | 38 | MOTION for Charles H. Linehan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25191861. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Daniel G. Erdman, Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Proposed Order).(Linehan, Charles) (Entered: 10/13/2021) |
| 10/14/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Charles H. Linehan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25191861. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/14/2021) |

| | | |
|---|---|---|
| 10/15/2021 | 39 | ORDER granting 38 Motion for Charles H. Linehan to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 10/15/2021) |
| 10/15/2021 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Telephone Conference held on 10/15/2021. (Court Reporter Andrew Walker) (arc) (Entered: 10/15/2021) |
| 10/15/2021 | 40 | ORDER denying 24 Motion to Appoint ; denying 24 Motion to Appoint Counsel ; denying 28 Motion to Appoint ; denying 28 Motion to Approve David Berger; granting 17 Motion to Appoint Counsel ; granting 21 Motion to Appoint Counsel ; denying 21 Motion to Appoint ; denying. Having considered the motions of David Berger, the Kabacznik Brothers, Ishvar Sutariya, and George Bott to serve as lead plaintiff(s) in this consolidated action, and for the reasons stated on the record at today's telephone conference, it is hereby ordered that: 1. David Berger's motion to serve as Lead Plaintiff is granted, and the other motions are denied; 2. Pursuant to 15 U.S.C. § 78u–4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Kahn Swick & Foti, LLC as Lead Counsel for the putative class; 3. As previously ordered by the Court, see Dkt. 14, on or before October 29, 2021, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended complaint or designating an existing complaint as the operative complaint, and for briefing on any motion to dismiss or response thereto. Until the Court adopts such a schedule, Defendants need not move, answer, or otherwise respond to the existing complaints. The Clerk of Court is respectfully directed to terminate the motions pending at Docket Entries 17, 21, 24, and 28. SO ORDERED. (Signed by Judge Ronnie Abrams on 10/15/2021) (ate) (Entered: 10/15/2021) |
| 10/20/2021 | 41 | MOTION for David A. Rosenfeld to Withdraw as Attorney . Document filed by Ishvar B. Sutariya..(Rosenfeld, David) (Entered: 10/20/2021) |
| 10/20/2021 | 42 | PROPOSED ORDER. Document filed by Ishvar B. Sutariya. Related Document Number: 41 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/20/2021) |
| 10/20/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 42 Proposed Order was reviewed and approved as to form. (km)** (Entered: 10/20/2021) |
| 10/21/2021 | 43 | MEMO ENDORSEMENT on ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL: granting (41) Motion to Withdraw as Attorney. ENDORSEMENT: IT IS SO ORDERED. Attorney David Avi Rosenfeld terminated in case 1:21–cv–05906–RA. (Signed by Judge Ronnie Abrams on 10/21/2021) Filed In Associated Cases: 1:21–cv–05906–RA, 1:21–cv–06191–RA, 1:21–cv–06627–RA (ama) (Entered: 10/21/2021) |
| 10/25/2021 | 44 | PROPOSED STIPULATION AND ORDER. Document filed by David Berger, Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Miller, Kim) (Entered: 10/25/2021) |
| 10/26/2021 | 45 | STIPULATION AND ORDER REGARDING SCHEDULE FOR PLAINTIFF TO FILE A CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO: NOW, THEREFORE, the Parties, through their undersigned counsel and subject to the Court's approval, stipulate and agree as follows: 1. Lead Plaintiff shall file a consolidated amended complaint on or before Tuesday, December 14, 2021. 2. Defendants shall move, answer or otherwise respond to the consolidated amended complaint on or before Friday, February 25, 2022. 3. If Defendants file a motion in response to the consolidated amended complaint (the "Motion") Lead Plaintiff shall file any opposition to such Motion Defendants on or before Tuesday, April 26, 2022. 4. Defendants shall file any reply in further support of their Motion (if any) on or before Friday, June 10, 2022. 5. By entering into this stipulation, Defendants expressly reserve all of their respective rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction. The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED. (Signed by Judge Ronnie Abrams on 10/26/2021) (tg) (Entered: 10/26/2021) |
| 10/26/2021 | | Set/Reset Deadlines: Amended Pleadings due by 12/14/2021. Motions due by 2/25/2022. Responses due by 4/26/2022 Replies due by 6/10/2022. (tg) (Entered: |

| | | |
|---|---|---|
| | | 10/26/2021) |
| 11/10/2021 | 46 | LETTER addressed to Judge Ronnie Abrams from Mary Eaton dated 11/10/2021 re: Notice of Relatedness. Document filed by Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 11/10/2021) |
| 12/14/2021 | 47 | AMENDED COMPLAINT amending 1 Complaint against Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz, Rebecca Polak, Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Acamar Partners Sub, Inc., Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, James E. Skinner, Domenico De Sole, Teck H. Wong with JURY DEMAND.Document filed by David Berger, Craig Bailey. Related document: 1 Complaint. (Attachments: # 1 Exhibit A, Berger Certificate, # 2 Exhibit B, Bailey Certificate).(Miller, Kim) (Entered: 12/14/2021) |
| 12/14/2021 | 48 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST As To –** REQUEST FOR ISSUANCE OF SUMMONS as to Acamar Partners Acquisition Corp.; Acamar Partners Sponsor I LLC; Acamar Partners Sub, Inc.; Luis Ignacio Solorzano Aizpuru; Juan Carlos Torres Carretero; James E. Skinner; Domenico De Sole; Teck H. Wong; Rebecca C. Polak, re: 47 Amended Complaint,,. Document filed by Craig Bailey, David Berger..(Miller, Kim) Modified on 12/15/2021 (vf). (Entered: 12/14/2021) |
| 12/15/2021 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Kim Elaine Miller to RE–FILE Document No. 48 Request for Issuance of Summons,. The filing is deficient for the following reason(s): Defendant party name error. Defendant party name error listed for party (Rebecca C. Polak) on Summons. Party name does not exactly correspond to pleading. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (vf)** (Entered: 12/15/2021) |
| 12/15/2021 | 49 | REQUEST FOR ISSUANCE OF SUMMONS as to Acamar Partners Acquisition Corp.; Acamar Partners Sponsor I LLC; Acamar Partners Sub, Inc.; Luis Ignacio Solorzano Aizpuru; Juan Carlos Torres Carretero; James E. Skinner; Domenico De Sole; Teck H. Wong; Rebecca Polak, re: 47 Amended Complaint,,. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 12/15/2021) |
| 12/15/2021 | 50 | ELECTRONIC SUMMONS ISSUED as to Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Acamar Partners Sub, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, Teck H. Wong. (vf) (Entered: 12/15/2021) |
| 02/17/2022 | 51 | LETTER MOTION for Leave to File Second Amended Complaint addressed to Judge Ronnie Abrams from Kim E. Miller dated February 17, 2022. Document filed by David Berger..(Miller, Kim) (Entered: 02/17/2022) |
| 02/17/2022 | 52 | PROPOSED ORDER. Document filed by David Berger. Related Document Number: [51 – LETTER MOTION for Leave to File Second Amended Complaint]..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/17/2022) |
| 02/17/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 52 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 02/17/2022) |
| 02/18/2022 | 53 | ORDER GRANTING PLAINTIFFS' LETTER MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT granting 51 Letter Motion for Leave to File Document. Having considered Plaintiffs' letter motion requesting leave to file a Second Amended Complaint (the "Motion"), and good cause appearing therefore, IT IS HEREBY ORDERED THAT: 1. The Motion is GRANTED; 2. Plaintiffs shall file their Second Amended Complaint by March 4, 2022; and 3. Within 7 days of the filing of the Second Amended Complaint, the Parties shall submit a proposed briefing schedule for Defendants' anticipated motion dismiss. (Signed by Judge Ronnie Abrams on 2/18/2022) (ate) (Entered: 02/18/2022) |
| 02/18/2022 | | Set/Reset Deadlines: Amended Pleadings due by 3/4/2022. (ate) (Entered: 02/18/2022) |
| 03/04/2022 | 54 | SECOND AMENDED COMPLAINT amending 1 Complaint, 47 Amended Complaint,, against Acamar Partners Acquisition Corp., Acamar Partners Sponsor I |

| | | |
|---|---|---|
| | | LLC, Acamar Partners Sub, Inc., Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong with JURY DEMAND.Document filed by Craig Bailey, David Berger. Related document: 1 Complaint, 47 Amended Complaint,,..(Miller, Kim) (Entered: 03/04/2022) |
| 03/11/2022 | 55 | PROPOSED STIPULATION AND ORDER. Document filed by Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 03/11/2022) |
| 03/14/2022 | 56 | STIPULATION AND ORDER MODIFYING THE COURT'S OCTOBER 26, 2021 SCHEDULING ORDER: NOW, THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, that: 1. The October 26 Scheduling Order shall be modified as follows: a. Defendants shall move, answer, or otherwise respond to the SAC on or before Monday, May 2, 2022. b. If Defendants file a motion in response to the SAC (the "Motion"), Plaintiffs shall file any opposition to such Motion on or before Friday, July 1, 2022. c. Defendants shall file any reply in further support of their Motion on or before Monday, August 15, 2022. 2. The remaining provisions of the October 26 Scheduling Order remain in full force and effect. The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED. Michael W. Bor answer due 5/2/2022; CarLotz, Inc. answer due 5/2/2022; Thomas W. Stoltz answer due 5/2/2022.( Motions due by 5/2/2022., Responses due by 7/1/2022, Replies due by 8/15/2022.) (Signed by Judge Ronnie Abrams on 3/14/2022) (jca) (Entered: 03/14/2022) |
| 04/21/2022 | 57 | CONSENT LETTER MOTION for Extension of Time *to move, answer, or otherwise respond to Plaintiffs' Second Amended Complaint* addressed to Judge Ronnie Abrams from Mary Eaton dated April 21, 2022. Document filed by Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 04/21/2022) |
| 04/22/2022 | 58 | ORDER: granting 57 Letter Motion for Extension of Time. Application Granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 4/22/2022) (ama) (Entered: 04/22/2022) |
| 04/22/2022 | | Set/Reset Deadlines: Michael W. Bor answer due 5/16/2022; CarLotz, Inc. answer due 5/16/2022; Thomas W. Stoltz answer due 5/16/2022. Responses due by 7/15/2022 Replies due by 8/29/2022. (ama) (Entered: 04/22/2022) |
| 05/12/2022 | 59 | PROPOSED STIPULATION AND ORDER. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 05/12/2022) |
| 05/12/2022 | 60 | NOTICE OF APPEARANCE by Mary Jane Eaton on behalf of Acamar Partners Acquisition Corp., Rebecca Polak..(Eaton, Mary) (Entered: 05/12/2022) |
| 05/12/2022 | 61 | NOTICE OF APPEARANCE by Nicholas Angelo Caselli on behalf of Acamar Partners Acquisition Corp., Rebecca Polak..(Caselli, Nicholas) (Entered: 05/12/2022) |
| 05/12/2022 | 62 | STIPULATION AND ORDER ACCEPTING SERVICE AND SETTING A COORDINATED SCHEDULE: NOW, THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, that: 1. By entering into this stipulation, the Acamar Defendants and Ms. Polak accept service of the SAC and expressly reserve all of their respective rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense to the sufficiency of service of the SAC. 2. Defendants shall respond to the SAC on or before Tuesday, June 21, 2022. In the event Defendants move to dismiss the SAC: a. Defendants shall file their motion(s) to dismiss the SAC on or before Tuesday, June 21, 2022 (the "Motion(s)"). b. Plaintiffs shall file any opposition to the Motion(s) on or before Monday, August 22, 2022. c. Defendants shall file any reply in further support of their Motion(s) on or before Thursday, October 6, 2022. 3. The parties shall meet and confer and submit a proposal to Court no later than Tuesday, June 14, 2022 concerning appropriate page limitations for the Motion(s). 4. Except to the extent modified by this Stipulation and Order, the remaining provisions of the Court's previously issued scheduling orders dated October 26, 2021, March 14, 2022, and April 22, 2022 (ECF 45, 56, 58) shall remain in full force and effect. The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED. Acamar Partners Acquisition Corp. answer due 6/21/2022; Acamar Partners Sponsor I LLC answer due 6/21/2022; Acamar Partners Sub, Inc. answer due 6/21/2022; Michael W. Bor answer due |

| | | |
|---|---|---|
| | | 6/21/2022; CarLotz, Inc. answer due 6/21/2022; Domenico De Sole answer due 6/21/2022; Rebecca Polak answer due 6/21/2022; James E. Skinner answer due 6/21/2022; Luis Ignacio Solorzano Aizpuru answer due 6/21/2022; Thomas W. Stoltz answer due 6/21/2022; Juan Carlos Torres Carretero answer due 6/21/2022; Teck H. Wong answer due 6/21/2022.( Motions due by 6/21/2022., Responses due by 8/22/2022, Replies due by 10/6/2022.) (Signed by Judge Ronnie Abrams on 5/12/2022) (ate) (Entered: 05/12/2022) |
| 06/14/2022 | 63 | JOINT LETTER MOTION for Leave to File Excess Pages addressed to Judge Ronnie Abrams from Mary Eaton dated June 14, 2022. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 06/14/2022) |
| 06/15/2022 | 64 | ORDER granting 63 Letter Motion for Leave to File Excess Pages. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 6/15/2022) (ate) (Entered: 06/15/2022) |
| 06/21/2022 | 65 | NOTICE OF APPEARANCE by Stephen Patrick Blake on behalf of Acamar Partners Sponsor I LLC, Domenico De Sole, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, Teck H. Wong..(Blake, Stephen) (Entered: 06/21/2022) |
| 06/21/2022 | 66 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Acamar Partners Sponsor I LLC..(Blake, Stephen) (Entered: 06/21/2022) |
| 06/21/2022 | 67 | JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 06/21/2022) |
| 06/21/2022 | 68 | JOINT MEMORANDUM OF LAW in Support re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. . Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit Annex A).(Eaton, Mary) (Entered: 06/21/2022) |
| 06/21/2022 | 69 | DECLARATION of Mary Eaton in Support re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*.. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43).(Eaton, Mary) (Entered: 06/21/2022) |
| 08/22/2022 | 70 | MEMORANDUM OF LAW in Opposition re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 08/22/2022) |
| 08/22/2022 | 71 | DECLARATION of Kim E. Miller in Opposition re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*.. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit 1 – 6/13/22 Freshfields Letter, # 2 Exhibit 2 – 4/8/21 Coates Statement, # 3 Exhibit 3 – 12/30/20 Form 242B3 Excerpt, # 4 Exhibit 4 – 3/15/21 Form 8–K).(Miller, Kim) (Entered: 08/22/2022) |
| 09/22/2022 | 72 | CONSENT LETTER MOTION for Extension of Time *to submit reply brief in further support of Defendants' motion to dismiss Plaintiffs' Second Amended Complaint* addressed to Judge Ronnie Abrams from Mary Eaton dated 9/22/2022. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong..(Eaton, Mary) (Entered: 09/22/2022) |

| | | |
|---|---|---|
| 09/23/2022 | 73 | ORDER granting 72 Letter Motion for Extension of Time. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 9/23/2022) (ate) (Entered: 09/23/2022) |
| 09/23/2022 | | Set/Reset Deadlines: Replies due by 10/20/2022. (ate) (Entered: 09/23/2022) |
| 10/20/2022 | 74 | JOINT REPLY MEMORANDUM OF LAW in Support re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. . Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong. (Attachments: # 1 Exhibit Annex I).(Eaton, Mary) (Entered: 10/20/2022) |
| 10/21/2022 | 75 | JOINT LETTER MOTION for Oral Argument addressed to Judge Ronnie Abrams from Mary Eaton dated October 20, 2022. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong..(Eaton, Mary) (Entered: 10/21/2022) |
| 10/21/2022 | 76 | DECLARATION of Mary Eaton in Support re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*.. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong. (Attachments: # 1 Exhibit 44, # 2 Exhibit 45, # 3 Exhibit 46, # 4 Exhibit 47, # 5 Exhibit 48, # 6 Exhibit 49, # 7 Exhibit 50).(Eaton, Mary) (Entered: 10/21/2022) |
| 11/04/2022 | 77 | LETTER MOTION for Leave to File Sur–Reply to Defendants' Motion to Dismiss the Second Amended Complaint addressed to Judge Ronnie Abrams from Kim E. Miller dated November 4, 2022. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit 1, Proposed Text of Sur–Reply, # 2 Supplement Addendum 1, Scholars' Amicus Brief, # 3 Text of Proposed Order Granting Plaintiffs' Motion).(Miller, Kim) (Entered: 11/04/2022) |
| 11/07/2022 | 78 | LETTER RESPONSE to Motion addressed to Judge Ronnie Abrams from Mary Eaton dated 11/07/2022 re: 77 LETTER MOTION for Leave to File Sur–Reply to Defendants' Motion to Dismiss the Second Amended Complaint addressed to Judge Ronnie Abrams from Kim E. Miller dated November 4, 2022. *(Filed Jointly)*. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong..(Eaton, Mary) (Entered: 11/07/2022) |
| 11/07/2022 | 79 | ORDER GRANTING PLAINITFFS' REQUEST TO FILE A SUR–REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT granting 77 Letter Motion for Leave to File Document. Having considered the letter–motion of Lead Plaintiff David Berger and Additional Plaintiff Craig Bailey for leave to file a sur–reply in opposition to Defendants' Motion to Dismiss the Second Amended Complaint, and good cause appearing therefore, IT IS HEREBY ORDERED THAT: The Motion is GRANTED.. (Signed by Judge Ronnie Abrams on 11/7/2022) (ate) (Entered: 11/07/2022) |
| 11/08/2022 | 80 | REPLY MEMORANDUM OF LAW in Opposition re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. *(Sur–Reply)*. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 11/08/2022) |
| 11/08/2022 | 81 | DECLARATION of Kim E. Miller in Opposition re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*.. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit 1, Scholars' Amicus Brief).(Miller, Kim) (Entered: 11/08/2022) |
| 01/18/2023 | 82 | NOTICE of of Supplemental Authority re Joint Motion to Dismiss Plaintiffs' Second Amended Complaint. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong. (Attachments: # 1 Exhibit 1 – Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd. (2d Cir. Nov. 30, 2022), # 2 Exhibit 2 – |

| | | |
|---|---|---|
| | | Redline, # 3 Exhibit 3 – Order Denying Rehearing).(Eaton, Mary) (Entered: 01/18/2023) |
| 02/22/2023 | 83 | ORDER granting 75 Letter Motion for Oral Argument. Oral argument on Defendants' motion to dismiss shall be held on March 28, 2023 at 11:30 a.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York. (Signed by Judge Ronnie Abrams on 2/22/2023) (ate) (Entered: 02/22/2023) |
| 02/22/2023 | | Set/Reset Hearings: Oral Argument set for 3/28/2023 at 11:30 AM in Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 before Judge Ronnie Abrams. (ate) (Entered: 02/22/2023) |
| 03/21/2023 | 84 | LETTER addressed to Judge Ronnie Abrams from Mary Eaton dated 03/21/2023 re: Application for Leave to Bring Electronic Devices into Courthouse. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit Proposed Order).(Eaton, Mary) (Entered: 03/21/2023) |
| 03/22/2023 | 85 | MEMO ENDORSEMENT on re: 84 Letter, filed by Michael W. Bor, Rebecca Polak, CarLotz, Inc., Acamar Partners Acquisition Corp., Thomas W. Stoltz. ENDORSEMENT: SO ORDERED. (Signed by Judge Ronnie Abrams on 3/22/2023) (ate) (Entered: 03/22/2023) |
| 03/28/2023 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Oral Argument held on 3/28/2023 re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. filed by Michael W. Bor, Rebecca Polak, CarLotz, Inc., Acamar Partners Acquisition Corp., Thomas W. Stoltz. (Court Reporter Steven Greenblum) (arc) (Entered: 03/29/2023) |
| 03/29/2023 | 86 | LETTER addressed to Judge Ronnie Abrams from Kim E. Miller dated March 29, 2023 re: Plaintiffs' Position Regarding Amendment of Complaint to Add Section 10(b) Claims Against Defendant Acamar. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 03/29/2023) |
| 03/31/2023 | 87 | OPINION AND ORDER re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. filed by Michael W. Bor, Rebecca Polak, CarLotz, Inc., Acamar Partners Acquisition Corp., Thomas W. Stoltz. For the foregoing reasons, Defendants' motion to dismiss is granted. As discussed, Plaintiffs shall have one opportunity to amend the Second Amended Complaint within thirty days. The Clerk of Court is respectfully requested to terminate the motion pending at docket number 67. (Signed by Judge Ronnie Abrams on 3/31/2023) (ate) (Entered: 03/31/2023) |
| 04/10/2023 | 88 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 3/28/2023 before Judge Ronnie Abrams. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/1/2023. Redacted Transcript Deadline set for 5/11/2023. Release of Transcript Restriction set for 7/10/2023.Filed In Associated Cases: 1:21–cv–05906–RA, 1:21–cv–06191–RA, 1:21–cv–06627–RA.(McGuirk, Kelly) (Entered: 04/10/2023) |
| 04/10/2023 | 89 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 3/28/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:21–cv–05906–RA, 1:21–cv–06191–RA, 1:21–cv–06627–RA.(McGuirk, Kelly) (Entered: 04/10/2023) |
| 05/01/2023 | 90 | THIRD AMENDED COMPLAINT amending 1 Complaint, 47 Amended Complaint,, 54 Amended Complaint, against Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong with JURY DEMAND.Document filed by Craig Bailey, David Berger. Related document: 1 Complaint, 47 Amended Complaint,, 54 Amended Complaint,..(Miller, Kim) (Entered: 05/01/2023) |

| | | |
|---|---|---|
| 05/12/2023 | 91 | PROPOSED STIPULATION AND ORDER. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sub, Inc., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 05/12/2023) |
| 05/15/2023 | 92 | STIPULATION AND ORDER SETTING A COORDINATED SCHEDULE: NOW, THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, that: 1. Defendants shall move, answer, or otherwise respond to the TAC on or before Friday, July 7, 2023. 2. In the event Defendants move to dismiss the TAC: a. Defendants shall file their motion to dismiss the TAC, not to exceed 65 pages, on or before Friday, July 7, 2023 (the "Motion"). b. Plaintiffs shall file any opposition to the Motion, not to exceed 65 pages, on or before Thursday, September 14, 2023. c. Defendants shall file any reply in further support of their Motion, not to exceed 25 pages, on or before Monday, October 16, 2023. 3. Except to the extent modified by this Stipulation and Order, the remaining provisions of the Court's previously issued scheduling orders dated October 26, 2021, March 14, 2022, April 22, 2022, and May 12, 2022 (ECF 45, 56, 58, 62) shall remain in full force and effect. The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED. Acamar Partners Acquisition Corp. answer due 7/7/2023; Acamar Partners Sponsor I LLC answer due 7/7/2023; Acamar Partners Sub, Inc. answer due 7/7/2023; Michael W. Bor answer due 7/7/2023; CarLotz, Inc. answer due 7/7/2023; Domenico De Sole answer due 7/7/2023; Rebecca Polak answer due 7/7/2023; James E. Skinner answer due 7/7/2023; Luis Ignacio Solorzano Aizpuru answer due 7/7/2023; Thomas W. Stoltz answer due 7/7/2023; Juan Carlos Torres Carretero answer due 7/7/2023; Teck H. Wong answer due 7/7/2023.( Motions due by 7/7/2023., Replies due by 10/16/2023., Responses due by 9/14/2023) (Signed by Judge Ronnie Abrams on 5/15/2023) (tg) (Entered: 05/15/2023) |
| 06/27/2023 | 93 | CONSENT LETTER MOTION for Extension of Time *to move, answer, or otherwise respond to Plaintiffs' Third Amended Complaint* addressed to Judge Ronnie Abrams from Mary Eaton dated 6/27/2023. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 06/27/2023) |
| 06/28/2023 | 94 | ORDER granting 93 Letter Motion for Extension of Time. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 6/28/2023) (ate) (Entered: 06/28/2023) |
| 06/28/2023 | | Set/Reset Deadlines: Acamar Partners Acquisition Corp. answer due 7/18/2023; Acamar Partners Sponsor I LLC answer due 7/18/2023; Acamar Partners Sub, Inc. answer due 7/18/2023; Michael W. Bor answer due 7/18/2023; CarLotz, Inc. answer due 7/18/2023; Domenico De Sole answer due 7/18/2023; Rebecca Polak answer due 7/18/2023; James E. Skinner answer due 7/18/2023; Luis Ignacio Solorzano Aizpuru answer due 7/18/2023; Thomas W. Stoltz answer due 7/18/2023; Juan Carlos Torres Carretero answer due 7/18/2023; Teck H. Wong answer due 7/18/2023. Responses due by 9/25/2023 Replies due by 10/27/2023. (ate) (Entered: 06/28/2023) |
| 07/18/2023 | 95 | JOINT MOTION to Dismiss *the Third Amended Complaint*. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 07/18/2023) |
| 07/18/2023 | 96 | JOINT MEMORANDUM OF LAW in Support re: 95 JOINT MOTION to Dismiss *the Third Amended Complaint*. . Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Appendix A).(Eaton, Mary) (Entered: 07/18/2023) |
| 07/18/2023 | 97 | DECLARATION of Mary Eaton in Support re: 95 JOINT MOTION to Dismiss *the Third Amended Complaint*.. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 |

| | | |
|---|---|---|
| | | Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51).(Eaton, Mary) (Entered: 07/18/2023) |
| 07/18/2023 | 98 | JOINT MOTION to Strike Document No. 90 *Certain Allegations in the Third Amended Complaint*. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 07/18/2023) |
| 07/18/2023 | 99 | JOINT MEMORANDUM OF LAW in Support re: 98 JOINT MOTION to Strike Document No. 90 *Certain Allegations in the Third Amended Complaint*. . Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 07/18/2023) |
| 07/18/2023 | 100 | DECLARATION of Nicholas A. Caselli in Support re: 98 JOINT MOTION to Strike Document No. 90 *Certain Allegations in the Third Amended Complaint*.. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Eaton, Mary) (Entered: 07/18/2023) |
| 08/25/2023 | | NOTICE OF CASE REASSIGNMENT to Judge Arun Subramanian. Judge Ronnie Abrams is no longer assigned to the case. (vba) (Entered: 08/25/2023) |
| 09/25/2023 | 101 | MEMORANDUM OF LAW in Opposition re: 98 JOINT MOTION to Strike Document No. 90 *Certain Allegations in the Third Amended Complaint*., 95 JOINT MOTION to Dismiss *the Third Amended Complaint*. . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 09/25/2023) |
| 09/25/2023 | 102 | DECLARATION of Kim E. Miller in Opposition re: 98 JOINT MOTION to Strike Document No. 90 *Certain Allegations in the Third Amended Complaint*., 95 JOINT MOTION to Dismiss *the Third Amended Complaint*.. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit A, Rule 8.G.i Chart, # 2 Exhibit B, Chart re Judicial Notice, # 3 Exhibit C, 4/29/22 Sch. 14a Excerpts, # 4 Exhibit D, Stoltz Form 4, # 5 Exhibit E, Polak Form 4, # 6 Exhibit F, 4/8/21 Coates Statement).(Miller, Kim) (Entered: 09/25/2023) |
| 10/09/2023 | 103 | JOINT LETTER MOTION for Extension of Time *requesting vacatur of briefing schedule and suspension of briefing on pending motions* addressed to Judge Arun Subramanian from Mary Eaton dated 10/09/2023. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 10/09/2023) |
| 10/10/2023 | 104 | ORDER with respect to 103 Letter Motion for Extension of Time. By October 12, 2023, plaintiffs should file a letter detailing their position on a stay. SO ORDERED. (Signed by Judge Arun Subramanian on 10/10/2023) (jca) (Entered: 10/10/2023) |
| 10/10/2023 | | Set/Reset Deadlines: Responses due by 10/12/2023 (jca) (Entered: 10/10/2023) |
| 10/10/2023 | 105 | LETTER RESPONSE in Opposition to Motion addressed to Judge Arun Subramanian from Kim E. Miller dated October 10, 2023 re: 103 JOINT LETTER MOTION for Extension of Time *requesting vacatur of briefing schedule and suspension of briefing on pending motions* addressed to Judge Arun Subramanian from Mary Eaton dated 10/09/2023. . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 10/10/2023) |
| 10/11/2023 | 106 | NOTICE of Bankruptcy and Suggestion of Automatic Stay. Document filed by CarLotz, Inc...(Eaton, Mary) (Entered: 10/11/2023) |
| 10/11/2023 | 107 | MEMO ENDORSEMENT on re: 106 Notice of Bankruptcy and Suggestion of Automatic Stay terminating 103 Letter Motion for Extension of Time. ENDORSEMENT: Pursuant to 11 U.S.C. § 362, this case is automatically stayed. The parties are hereby ordered to submit a joint letter updating the Court on the status of the bankruptcy proceedings every 60 days. SO ORDERED. (Signed by Judge Arun Subramanian on 10/11/2023) (vfr) (Entered: 10/11/2023) |
| 10/11/2023 | | Case Stayed (vfr) (Entered: 10/11/2023) |
| 10/20/2023 | 108 | MOTION to partially lift bankruptcy stay as to the Individual Defendants . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 10/20/2023) |

| | | |
|---|---|---|
| 10/20/2023 | 109 | MEMORANDUM OF LAW in Support re: 108 MOTION to partially lift bankruptcy stay as to the Individual Defendants . . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 10/20/2023) |
| 10/20/2023 | 110 | DECLARATION of Kim E. Miller in Support re: 108 MOTION to partially lift bankruptcy stay as to the Individual Defendants .. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit Carlotz bankruptcy petition).(Miller, Kim) (Entered: 10/20/2023) |
| 10/20/2023 | 111 | PROPOSED ORDER. Document filed by Craig Bailey, David Berger. Related Document Number: 108 ..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/20/2023) |
| 10/23/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 111 Proposed Order was reviewed and approved as to form. (nd)** (Entered: 10/23/2023) |
| 10/23/2023 | 112 | MOTION for Craig J. Geraci, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28460342. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Craig Bailey, David Berger. (Attachments: # 1 Affidavit Declaration of Craig J. Geraci, Jr., # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order Proposed Order).(Geraci, Craig) (Entered: 10/23/2023) |
| 10/23/2023 | 113 | MOTION for J. Ryan Lopatka to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28462274. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Craig Bailey, David Berger. (Attachments: # 1 Affidavit Declaration of J. Ryan Lopatka, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order Proposed Order).(Lopatka, J.) (Entered: 10/23/2023) |
| 10/23/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 113 MOTION for J. Ryan Lopatka to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28462274. Motion and supporting papers to be reviewed by Clerk's Office staff., 112 MOTION for Craig J. Geraci, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28460342. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 10/23/2023) |
| 10/27/2023 | 114 | JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 108 MOTION to partially lift bankruptcy stay as to the Individual Defendants . addressed to Judge Arun Subramanian from Mary Eaton dated 10/27/2023. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 10/27/2023) |
| 10/30/2023 | 115 | LETTER RESPONSE in Opposition to Motion addressed to Judge Arun Subramanian from Kim E. Miller dated October 30, 2023 re: 114 JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 108 MOTION to partially lift bankruptcy stay as to the Individual Defendants . addressed to Judge Arun Subramanian from Mary Eaton dated 10/27/2023. . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 10/30/2023) |
| 10/31/2023 | 116 | ORDER denying 114 Letter Motion for Extension of Time to File Response/Reply as to 108 MOTION to partially lift bankruptcy stay as to the Individual Defendants addressed to Judge Arun Subramanian from Mary Eaton dated 10/27/2023. Application DENIED. Plaintiffs indicate that they are open to a short extension of the date for defendants to respond if they need the time. The Court has no issue with that, but won't hold the motion in abeyance as requested by defendants. SO ORDERED. (Signed by Judge Arun Subramanian on 10/31/2023) (vfr) (Entered: 10/31/2023) |
| 11/01/2023 | 117 | CONSENT LETTER MOTION for Extension of Time *to respond to ECF #108 Motion to partially lift bankruptcy stay* addressed to Judge Arun Subramanian from Mary Eaton dated 11/01/2023. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 11/01/2023) |
| 11/02/2023 | 118 | ORDER: granting 117 Letter Motion for Extension of Time. The request for an extension is Granted. SO ORDERED. Responses to Brief due by 11/10/2023. (Signed by Judge Arun Subramanian on 11/02/2023) (ama) (Entered: 11/02/2023) |

| | | |
|---|---|---|
| 11/10/2023 | 119 | JOINT MEMORANDUM OF LAW in Opposition re: 108 MOTION to partially lift bankruptcy stay as to the Individual Defendants . . Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 11/10/2023) |
| 11/10/2023 | 120 | DECLARATION of Mary Eaton in Opposition re: 108 MOTION to partially lift bankruptcy stay as to the Individual Defendants .. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit A– SEC Form S–1, # 2 Exhibit B– SEC Form 8–K).(Eaton, Mary) (Entered: 11/10/2023) |
| 11/16/2023 | 121 | REPLY MEMORANDUM OF LAW in Support re: 108 MOTION to partially lift bankruptcy stay as to the Individual Defendants . . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 11/16/2023) |
| 12/05/2023 | 122 | ORDER GRANTING MOTION OF J.RYAN LOPATKA FOR ADMISSION PRO HAC VICE granting 113 Motion for J. Ryan Lopatka to Appear Pro Hac Vice. (Signed by Judge Arun Subramanian on 12/5/2023) (vfr) (Entered: 12/05/2023) |
| 12/05/2023 | 123 | ORDER GRANTING MOTION OF CRAIG J. GERACI, JR. FOR ADMISSION PRO HAC VICE granting 112 Motion for Craig J. Geraci, Jr. to Appear Pro Hac Vice. (Signed by Judge Arun Subramanian on 12/5/2023) (vfr) (Entered: 12/05/2023) |
| 12/11/2023 | 124 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated December 11, 2023 re: status of bankruptcy proceedings. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 12/11/2023) |
| 12/14/2023 | 125 | ORDER granting 108 Motion to partially lift bankruptcy stay as to the Individual Defendants . On October 11, 2023, CarLotz, Inc. submitted a letter, notifying the Court that it had filed a chapter 11 petition and suggesting an automatic stay. Dkt. 106. This Court endorsed the letter, explaining that the case would be stayed pursuant to § 362 of the Bankruptcy Code. Dkt. 107. At the end of October, plaintiffs moved to partially lift the bankruptcy stay as to the individual defendants. Dkt. 108. The individual defendants opposed lifting the stay.The Court agrees that the stay should be lifted. "The automatic stay can apply to non–debtors, but normally does so only when a claim against the non–debtor will have an immediate adverse economic consequence for the debtor's estate." Queenie, Ltd. v. Nygard Int'l, 321 F.3d 282, 288 (2d Cir. 2003). This is not the case here. The defendants are correct that some courts have applied the automatic stay to non–debtors where the debtor had an absolute obligation to indemnify the non–debtors. See, e.g., Mardice v. Ebony Media Operations, LLC, 2021 WL 146358, at *3 (S.D.N.Y. Jan. 15, 2021); Tenas–Reynard v. Palermo Taxi Inc., 2016 WL 1276451, at *4 (S.D.N.Y. Mar. 30, 2016). And defendants point to indemnification provisions in the relevant contracts. But as plaintiffs point out, there is authority suggesting that these indemnification provisions may be unenforceable as to the relevant claims. See Cohen v. Viray, 622 F.3d 188, 19596 (2d Cir. 2010). And "[t]he mere possibility of a future indemnification claim will not support application of the automatic stay." New Jersey Carpenters Health Fund v. Royal Bank of Scotland Grp., PLC, 564 B.R. 192, 195 (S.D.N.Y. 2016). Nor does the Court find it proper to invoke its discretionary authority to stay the proceedings here. This action has now been pending for over two years. As plaintiffs point out, discovery is already stayed pursuant to the PSLRA. And at the time the Court stayed this case pursuant to § 362, half of the time allotted for defendants to file their reply brief had already elapsed. Proceeding with the motion to dismiss will require only minor additional resources from defendants. While the Court would normally grant far less time for a reply brief, given the stay of the case as well as the holiday season, defendants are given until January 3, 2024 to submit their reply brief. The Clerk of Court is directed to terminate Dkt. 108 and to lift the stay as to defendants Michael Bor, Thomas Stoltz, Rebecca Polak, Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, James Skinner, Dominico De Sole, and Teck Wong. SO ORDERED. (Signed by Judge Arun Subramanian on 12/14/2023) (vfr) (Entered: 12/14/2023) |
| 12/14/2023 | | Set/Reset Deadlines: Replies due by 1/3/2024. (vfr) (Entered: 12/14/2023) |
| 12/14/2023 | | Case Stay Lifted. (vfr) (Entered: 12/14/2023) |
| 01/03/2024 | 126 | JOINT REPLY MEMORANDUM OF LAW in Support re: 95 JOINT MOTION to Dismiss *the Third Amended Complaint*. . Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Appendix Misstatements Chart, # 2 Appendix Rule 8.G.i Chart).(Eaton, Mary) (Entered: 01/03/2024) |

| | | |
|---|---|---|
| 01/03/2024 | 127 | DECLARATION of Mary Eaton in Support re: 95 JOINT MOTION to Dismiss *the Third Amended Complaint*.. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit 52, # 2 Exhibit 53, # 3 Exhibit 54, # 4 Exhibit 55, # 5 Exhibit 56, # 6 Exhibit 57).(Eaton, Mary) (Entered: 01/03/2024) |
| 01/03/2024 | 128 | JOINT REPLY MEMORANDUM OF LAW in Support re: 98 JOINT MOTION to Strike Document No. 90 *Certain Allegations in the Third Amended Complaint*. . Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 01/03/2024) |
| 01/03/2024 | 129 | NOTICE of Designation of Lead Trial Counsel. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 01/03/2024) |
| 02/09/2024 | 130 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated February 9, 2024 re: status of bankruptcy proceedings. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 02/09/2024) |
| 02/16/2024 | 131 | ORDER: The court will hold a hearing on the motion to dismiss and motion to strike on Wednesday, February 28, 2024, at 10:00 AM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. SO ORDERED. ( Status Conference set for 2/28/2024 at 10:00 AM in Courtroom 15A, 500 Pearl Street, New York, NY 10007 before Judge Arun Subramanian.) (Signed by Judge Arun Subramanian on 2/16/2024) (vfr) (Entered: 02/16/2024) |
| 02/20/2024 | 132 | LETTER MOTION to Continue *Hearing on Defendants' Motion to Dismiss and Motion to Strike* addressed to Judge Arun Subramanian from Stephen Blake dated February 20, 2024. Document filed by Domenico De Sole, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, Teck H. Wong..(Blake, Stephen) (Entered: 02/20/2024) |
| 02/20/2024 | 133 | ORDER granting 132 Letter Motion to Continue. Application granted. The hearing currently set for February 28th is hereby adjourned to March 7, 2024, at 2:30 PM. SO ORDERED. Status Conference set for 3/7/2024 at 02:30 PM before Judge Arun Subramanian. (Signed by Judge Arun Subramanian on 2/20/2024) (vfr) (Entered: 02/20/2024) |
| 02/21/2024 | 134 | NOTICE OF CHANGE OF ADDRESS by Mary Jane Eaton on behalf of Michael W. Bor, Rebecca Polak, Thomas W. Stoltz. New Address: Freshfields Bruckhaus Deringer US LLP, 3 World Trade Center, 175 Greenwich Street, 51st Floor, New York, NY, United States 10007, (212) 277–4000..(Eaton, Mary) (Entered: 02/21/2024) |
| 02/21/2024 | 135 | NOTICE OF CHANGE OF ADDRESS by Nicholas Angelo Caselli on behalf of Michael W. Bor, Rebecca Polak, Thomas W. Stoltz. New Address: Freshfields Bruckhaus Deringer US LLP, 3 World Trade Center, 175 Greenwich Street, 51st Floor, New York, NY, United States 10007, (212) 277–4000..(Caselli, Nicholas) (Entered: 02/21/2024) |
| 02/27/2024 | 136 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated February 27, 2024 re: Letter Application for Leave to Bring Electronic Devices into Courthouse and to Use Court WiFi. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit Proposed Order).(Eaton, Mary) (Entered: 02/27/2024) |
| 03/05/2024 | 137 | MOTION for Matthew P. Woodard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29036276. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Craig Bailey, David Berger. (Attachments: # 1 Affidavit of M. Woodard, # 2 Exhibit A, COGS, # 3 Proposed Order granting motion).(Woodard, Matthew) (Entered: 03/05/2024) |
| 03/05/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 137 MOTION for Matthew P. Woodard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–29036276. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/05/2024) |
| 03/05/2024 | 138 | ORDER: At the hearing set for Thursday, March 7, 2024, the parties should be prepared to address the following issues: 1. What ramifications, if any, Menora Mivtachim Insurance Ltd. v. Frutarom Industries Ltd., 54 F.4th 82 (2d Cir. 2022), has |

| | | |
|---|---|---|
| | | for scheme–liability claims under Rule 10b–5(a) and (c), and any caselaw either supporting or rejecting Frutarom's application in this context; AS FURTHER SET FORTH IN THIS ORDER. SO ORDERED. (Signed by Judge Arun Subramanian on 3/5/2024) (vfr) (Entered: 03/05/2024) |
| 03/06/2024 | 139 | ORDER GRANTING MOTION OF MATTHEW P. WOODARD FOR ADMISSION PRO HAC VICE granting 137 Motion to Appear Pro Hac Vice. The motion of MATTHEW P. WOODARD ("Applicant") for admission to practice pro hac vice in the above–captioned actions is GRANTED. As further set forth by this Order. (Signed by Judge Arun Subramanian on 3/6/2024) (tg) (Entered: 03/06/2024) |
| 03/07/2024 | | Minute Entry for proceedings held before Judge Arun Subramanian: Status Conference held on 3/7/2024. Kim Miller and Matthew Woodard present for Plaintiffs. Mary Eaton and Nicholas Caselli present for Defendants CarLotz, Inc., Michael Bor, Thomas Stoltz, and Rebecca Polak. Stephen Blake present for Defendants Acamar Partners Sponsor I LLC, Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, James E. Skinner, Domenico De Sole, and Teck H. Wong. (Court Reporter Dana Holland) (kh) (Entered: 03/18/2024) |
| 03/08/2024 | 140 | ORDER. As discussed at yesterdays hearing, Plaintiff may submit a letter, not to exceed 2 pages, to address the Section 11 issue by March 11, 2024. Defendants may submit a response, not to exceed 2 pages, by March 14, 2024. In addition, by March 8, 2024, Defendants should send an email to the Court (cc'ing Plaintiffs) with the regulations that were referenced during the hearing. SO ORDERED. (Signed by Judge Arun Subramanian on 3/8/24) (yv) (Entered: 03/08/2024) |
| 03/11/2024 | 141 | LETTER addressed to Judge Arun Subramanian from Kim E. Miller dated March 11, 2024 re: Securities Act Issues. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 03/11/2024) |
| 03/14/2024 | 142 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated 03/14/2024 re: response to Plaintiffs' Letter dated March 11, 2024.. Document filed by Michael W. Bor, Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 03/14/2024) |
| 03/25/2024 | 143 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/7/2024 before Judge Arun Subramanian. Court Reporter/Transcriber: Dana Holland, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/15/2024. Redacted Transcript Deadline set for 4/25/2024. Release of Transcript Restriction set for 6/24/2024.Filed In Associated Cases: 1:21–cv–05906–AS, 1:21–cv–06191–AS, 1:21–cv–06627–AS.(McGuirk, Kelly) (Entered: 03/25/2024) |
| 03/25/2024 | 144 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 3/7/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:21–cv–05906–AS, 1:21–cv–06191–AS, 1:21–cv–06627–AS.(McGuirk, Kelly) (Entered: 03/25/2024) |
| 03/29/2024 | 145 | OPINION AND ORDER re: 98 JOINT MOTION to Strike Document No. 90 *Certain Allegations in the Third Amended Complaint*. filed by Michael W. Bor, Rebecca Polak, CarLotz, Inc., Acamar Partners Acquisition Corp., Thomas W. Stoltz, 95 JOINT MOTION to Dismiss *the Third Amended Complaint*. filed by Michael W. Bor, Rebecca Polak, CarLotz, Inc., Acamar Partners Acquisition Corp., Thomas W. Stoltz. For these reasons, the motion to dismiss is GRANTED IN PART AND DENIED IN PART. The motion is granted with respect to (1) claims based on the pre–merger statements; (2) claims against Polak; (3) claims based on paragraphs 196, 205 (to the extent the paragraph references "best–in–class unit economics"), 210, 220, 225, 227, and 231 of the third amended complaint; (4) claims based on Item 503; and (5) control–person liability claims against Stoltz and Solorzano. The motion is otherwise denied. The Clerk of Court is directed to terminate Dkts. 95 and 98 and to terminate Defendant Polak from the docket. SO ORDERED. Rebecca Polak terminated. (Signed by Judge Arun Subramanian on 3/29/2024) (tg) (Entered: 03/29/2024) |

| | | |
|---|---|---|
| 04/09/2024 | 146 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated 04/09/2024 re: Status of Bankruptcy Proceedings. Document filed by Michael W. Bor, Thomas W. Stoltz..(Eaton, Mary) (Entered: 04/09/2024) |
| 04/10/2024 | 147 | MOTION to Dismiss *Count II of the Third Amended Complaint*. Document filed by Michael W. Bor, Thomas W. Stoltz..(Eaton, Mary) (Entered: 04/10/2024) |
| 04/10/2024 | 148 | MEMORANDUM OF LAW in Support re: 147 MOTION to Dismiss *Count II of the Third Amended Complaint*. . Document filed by Michael W. Bor, Thomas W. Stoltz..(Eaton, Mary) (Entered: 04/10/2024) |
| 04/10/2024 | 149 | DECLARATION of Mary Eaton in Support re: 147 MOTION to Dismiss *Count II of the Third Amended Complaint*.. Document filed by Michael W. Bor, Thomas W. Stoltz. (Attachments: # 1 Exhibit 58, # 2 Exhibit 59, # 3 Exhibit 60).(Eaton, Mary) (Entered: 04/10/2024) |
| 04/24/2024 | 150 | MEMORANDUM OF LAW in Opposition re: 147 MOTION to Dismiss *Count II of the Third Amended Complaint*. . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 04/24/2024) |
| 05/01/2024 | 151 | REPLY MEMORANDUM OF LAW in Support re: 147 MOTION to Dismiss *Count II of the Third Amended Complaint*. . Document filed by Michael W. Bor, Thomas W. Stoltz..(Eaton, Mary) (Entered: 05/01/2024) |
| 05/01/2024 | 152 | DECLARATION of Mary Eaton in Support re: 147 MOTION to Dismiss *Count II of the Third Amended Complaint*.. Document filed by Michael W. Bor, Thomas W. Stoltz. (Attachments: # 1 Exhibit 61).(Eaton, Mary) (Entered: 05/01/2024) |
| 06/07/2024 | 153 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated June 7, 2024 re: Status of Bankruptcy Proceedings. Document filed by Michael W. Bor, Thomas W. Stoltz..(Eaton, Mary) (Entered: 06/07/2024) |
| 08/06/2024 | 154 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated August 6, 2024 re: Status of Bankruptcy Proceedings. Document filed by Michael W. Bor, Thomas W. Stoltz..(Eaton, Mary) (Entered: 08/06/2024) |
| 08/23/2024 | 155 | OPINION AND ORDER re: 147 MOTION to Dismiss *Count II of the Third Amended Complaint* filed by Michael W. Bor, Thomas W. Stoltz. For the foregoing reasons, Defendants' motion to dismiss is GRANTED. That dismissal is with prejudice. Despite having amended their complaint three times, Plaintiffs have failed to allege a plausible scheme−liability claim with the requisite particularity. The Clerk of Court is directed to terminate Dkt. 147. SO ORDERED. (Signed by Judge Arun Subramanian on 8/23/2024) (vfr) (Entered: 08/23/2024) |
| 08/26/2024 | 156 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 9/4/2024 at 11:00 AM in Courtroom 15A, 500 Pearl Street, New York, NY 10007 before Judge Arun Subramanian. SO ORDERED. (Signed by Judge Arun Subramanian on 8/26/2024) (vfr) (Entered: 08/26/2024) |
| 08/28/2024 | 157 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 08/28/2024) |
| 08/28/2024 | 158 | NOTICE OF APPEARANCE by Mary Jane Eaton on behalf of Luis Ignacio Solorzano Aizpuru..(Eaton, Mary) (Entered: 08/28/2024) |
| 08/28/2024 | 159 | NOTICE OF APPEARANCE by Nicholas Angelo Caselli on behalf of Luis Ignacio Solorzano Aizpuru..(Caselli, Nicholas) (Entered: 08/28/2024) |
| 08/29/2024 | 160 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The case is to be tried to a jury. Post−discovery summary judgment motions in the form prescribed by the Court'sIndividual Practices shall be served by 6/30/25, answering papers by 7/31/25, and reply papers by 8/15/25. Each party must file its respective papers on the same date that such papers are served. The initial pretrial conference currently set for September 4, 2024, is hereby canceled. The parties should meet and confer and propose a briefing schedule for plaintiff's motion for class certification by that same date. Motions due by 6/30/2025. Responses due by 7/31/2025 Replies due by 8/15/2025. Deposition due by 5/30/2025. Discovery due by 5/30/2025. (Signed by |

| | | |
|---|---|---|
| | | Judge Arun Subramanian on 8/29/2024) (vfr) (Entered: 08/29/2024) |
| 09/04/2024 | 161 | PROPOSED SCHEDULING ORDER. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 09/04/2024) |
| 09/04/2024 | 162 | LETTER MOTION for Extension of Time to File Answer *Third Amended Complaint* addressed to Judge Arun Subramanian from Mary Eaton dated 09/04/2024. Document filed by Michael W. Bor, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz..(Eaton, Mary) (Entered: 09/04/2024) |
| 09/05/2024 | 163 | SCHEDULING ORDER FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION: Pursuant to the Court's August 29, 2024 Order, the Parties hereby jointly propose the following schedule for Plaintiffs' anticipated motion to Certify the Class: As further set forth by this Order. SO ORDERED. Motions due by 11/29/2024. Responses due by 1/31/2025 Replies due by 2/28/2025. (Signed by Judge Arun Subramanian on 9/5/2024) (tg) (Entered: 09/05/2024) |
| 09/05/2024 | 164 | ORDER granting 162 Letter Motion for Extension of Time to Answer re 90 Amended Complaint,. Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 162. SO ORDERED. Michael W. Bor answer due 9/27/2024; Luis Ignacio Solorzano Aizpuru answer due 9/27/2024; Thomas W. Stoltz answer due 9/27/2024. (Signed by Judge Arun Subramanian on 9/5/2024) (tg) (Entered: 09/05/2024) |
| 09/27/2024 | 165 | ANSWER to 90 Amended Complaint,. Document filed by Michael W. Bor, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz..(Eaton, Mary) (Entered: 09/27/2024) |
| 10/04/2024 | 166 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated October 4, 2024 re: Status of Bankruptcy Proceedings. Document filed by Michael W. Bor, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz..(Eaton, Mary) (Entered: 10/04/2024) |
| 10/17/2024 | 167 | NOTICE of Change of Firm Name. Document filed by Michael W. Bor, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz..(Eaton, Mary) (Entered: 10/17/2024) |
| 10/25/2024 | 168 | PROPOSED PROTECTIVE ORDER. Document filed by David Berger..(Miller, Kim) (Entered: 10/25/2024) |
| 10/28/2024 | 169 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Arun Subramanian on 10/28/2024) (vfr) (Entered: 10/28/2024) |
| 11/22/2024 | 170 | CONSENT LETTER MOTION for Extension of Time *to File Motion for Class Certification* addressed to Judge Arun Subramanian from Kim E. Miller dated November 22, 2024. Document filed by David Berger..(Miller, Kim) (Entered: 11/22/2024) |
| 11/25/2024 | 171 | ORDER granting 170 Letter Motion for Extension of Time. SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 170. (Signed by Judge Arun Subramanian on 11/25/2024) (tg) (Entered: 11/25/2024) |
| 12/03/2024 | 172 | LETTER addressed to Judge Arun Subramanian from Mary Eaton dated 12/03/2024 re: Status of Bankruptcy Proceedings. Document filed by Luis Ignacio Solorzano Aizpuru, Michael W. Bor, Thomas W. Stoltz..(Eaton, Mary) (Entered: 12/03/2024) |
| 12/09/2024 | 173 | JOINT LETTER MOTION to Stay *and Set Deadline for Motion for Preliminary Approval of Settlement* addressed to Judge Arun Subramanian from Kim E. Miller dated December 9, 2024. Document filed by David Berger..(Miller, Kim) (Entered: 12/09/2024) |
| 12/10/2024 | 174 | ORDER granting 173 Letter Motion to Stay. SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 173. (Signed by Judge Arun Subramanian on 12/10/2024) (sgz) (Entered: 12/10/2024) |
| 12/10/2024 | | Set/Reset Deadlines: Motions due by 1/24/2025. (sgz) (Entered: 12/10/2024) |
| 01/24/2025 | 175 | CONSENT MOTION to Approve Class Action Settlement . Document filed by David Berger..(Miller, Kim) (Entered: 01/24/2025) |

| | | |
|---|---|---|
| 01/24/2025 | 176 | MEMORANDUM OF LAW in Support re: 175 CONSENT MOTION to Approve Class Action Settlement . . Document filed by David Berger..(Miller, Kim) (Entered: 01/24/2025) |
| 01/24/2025 | 177 | SETTLEMENT AGREEMENT . Document filed by David Berger. (Attachments: # 1 Exhibit A – Proposed Order, # 2 Exhibit A–1 – Long–Form Notice, # 3 Exhibit A–2 – Proof of Claim, # 4 Exhibit A–3 – Summary Notice, # 5 Exhibit A–4 – Postcard Notice, # 6 Exhibit B – Final Judgment).(Miller, Kim) (Entered: 01/24/2025) |
| 01/27/2025 | 178 | ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE OF PENDENCY granting 175 Motion to Approve. The Settlement Fairness Hearing shall be held before this Court on Tuesday, June 10, 2025 at 1:00PM at the United States District Court for the Southern District of on New York, 500 Pearl Street, Courtroom 15A, New York, NY, 10007, to determine whether the proposed Settlement of the Action on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Class and should be approved by the Court; whether the Settlement Class should be certified pursuant to Rule 23 of the Federal Rules of Civil Procedure; whether a Judgment as provided in the Stipulation and their Exhibit B, which, inter alia, dismisses the Action with prejudice as to the Defendants and contains releases, should be entered; whether the proposed Plan of Allocation should be approved; to determine the amount of reasonable fees, time, costs, expenses, if any, that should be awarded to Lead Counsel; and to determine the amount of a service award, if any, that should be awarded to Plaintiff. The Court may adjourn the Settlement Fairness Hearing without further notice to Settlement Class Members. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 175. (And as further set forth herein.) IT IS SO ORDERED. (Signed by Judge Arun Subramanian on 1/27/2025) (jca) (Entered: 01/27/2025) |
| 01/27/2025 | | Set/Reset Hearings: Fairness Hearing set for 6/10/2025 at 01:00 PM in Courtroom 15A, 500 Pearl Street, New York, NY 10007 before Judge Arun Subramanian. (jca) (Entered: 01/27/2025) |
| 03/03/2025 | 179 | DECLARATION of Susanna Webb re: 178 Order on Motion to Approve,,,,, *Concerning: (A) Emailing and Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections*. Document filed by David Berger. (Attachments: # 1 Exhibit A – Postcard Notice, # 2 Exhibit B – Nominee Letter, # 3 Exhibit C – LENS Notice, # 4 Exhibit D – Publication Confirmations).(Miller, Kim) (Entered: 03/03/2025) |
| 05/09/2025 | 180 | MOTION for Settlement *Final Approval*. Document filed by David Berger..(Miller, Kim) (Entered: 05/09/2025) |
| 05/09/2025 | 181 | MEMORANDUM OF LAW in Support re: 180 MOTION for Settlement *Final Approval*. . Document filed by David Berger..(Miller, Kim) (Entered: 05/09/2025) |
| 05/09/2025 | 182 | MOTION for Attorney Fees . Document filed by David Berger..(Miller, Kim) (Entered: 05/09/2025) |
| 05/09/2025 | 183 | MEMORANDUM OF LAW in Support re: 182 MOTION for Attorney Fees . . Document filed by David Berger..(Miller, Kim) (Entered: 05/09/2025) |
| 05/09/2025 | 184 | DECLARATION of Kim E. Miller in Support re: 180 MOTION for Settlement *Final Approval*., 182 MOTION for Attorney Fees .. Document filed by David Berger. (Attachments: # 1 Exhibit A – NERA report excerpts, # 2 Exhibit B – Declaration of David Berger, # 3 Exhibit C – Declaration of Craig Bailey, # 4 Exhibit D – KSF firm resume, # 5 Exhibit E – Declaration of Jed Melnick).(Miller, Kim) (Entered: 05/09/2025) |
| 06/03/2025 | 185 | REPLY MEMORANDUM OF LAW in Support re: 180 MOTION for Settlement *Final Approval*., 182 MOTION for Attorney Fees . . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 06/03/2025) |
| 06/03/2025 | 186 | DECLARATION of Kim E. Miller in Support re: 180 MOTION for Settlement *Final Approval*., 182 MOTION for Attorney Fees .. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit A, Fen Wang Objection, # 2 Exhibit B, Xinbao Wang Objection).(Miller, Kim) (Entered: 06/03/2025) |

| | | |
|---|---|---|
| 06/03/2025 | 187 | DECLARATION of Susanna Webb in Support re: 180 MOTION for Settlement *Final Approval*., 182 MOTION for Attorney Fees .. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 06/03/2025) |
| 06/05/2025 | 188 | ORDER: The settlement fairness hearing currently scheduled for Tuesday, June 10, 2025, at 1:00 PM is hereby rescheduled to 5:00 PM the same day. SO ORDERED. ( Fairness Hearing set for 6/10/2025 at 05:00 PM before Judge Arun Subramanian.) (Signed by Judge Arun Subramanian on 6/5/2025) (jjc) (Entered: 06/05/2025) |
| 06/11/2025 | 189 | ORDER: For the reasons stated on the record at June 10, 2025 hearing, and in the submissions in support of the settlement and fee and expense awards, the Court intends to overrule the pending objections, and approve the motion for approval of the settlement, Dkt. 180, and the motion for attorneys' fees, expenses, and service awards, Dkt. 182. At the hearing, plaintiffs' counsel addressed at length why the two objections raised with respect to the settlement lacked merit (two objections against 50,000 claims submitted), and the reasons why both the settlement and award requests (there were no objections as to the fees, service awards, or expenses requested) comport with the governing standards. As reflected on the record, the two objectors were apprised of the hearing date and time, and access information for the remote line set up for the hearing. Neither objector attended the hearing. Plaintiffs' counsel is hereby ordered to submit a revised proposed order that reflects the changes discussed at the hearing. To ensure that the objectors are fully heard, plaintiffs' counsel should furnish this order to the objectors. If the objectors wish to file any further submission in support of their objections, they must do so by June 12, 2025, at 5:00 PM. SO ORDERED. (Signed by Judge Arun Subramanian on 6/11/2025) (sgz) (Entered: 06/11/2025) |
| 06/12/2025 | 190 | SUPPLEMENTAL OBJECTION, REQUEST TO CORRECT THE RECORD, AND FORMALOPPOSITION TO FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEES,EXPENSES, SERVICE AWARDS, AND NOTICE PROCEDURES Document filed by Xinbao Wang and Fen Wang. (jjc) (Entered: 06/16/2025) |
| 06/17/2025 | 191 | LETTER addressed to Judge Arun Subramanian from Kim E. Miller dated June 17, 2025 re: Response to Supplemental Objection (ECF No. 190). Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 06/17/2025) |
| 06/18/2025 | 192 | ORDER: Although objectors Xinbao and Fen Wang requested the opportunity to remotely attend the settlement fairness hearing on June 10, 2025, it appears that lead counsel did not provide the remote dial−in information to the Wangs as ordered by the Court. See Dkt. 191. Accordingly, the parties are hereby ORDERED to appear for a supplemental hearing on July 2, 2025, at 4:00 PM. The parties should dial in by calling (646) 453−4442 and entering the Phone Conference ID: 865 639 215, followed by the pound (#) sign. Lead counsel is hereby ORDERED to provide the Wangs with a copy of this order via email and certified mail.Lead counsel is also ordered to submit to the Court a revised proposed order that reflects the changes discussed at the initial hearing by June 30, 2025. A copy of this order should be furnished to the Wangs prior to the hearing on July 2, 2025. ( Telephone Conference set for 7/2/2025 at 04:00 PM before Judge Arun Subramanian.) (Signed by Judge Arun Subramanian on 6/18/2025) (sgz) (Entered: 06/18/2025) |
| 06/20/2025 | 193 | PROPOSED JUDGMENT. Document filed by David Berger..(Miller, Kim) (Entered: 06/20/2025) |
| 06/27/2025 | 194 | LETTER addressed to Judge Arun Subramanian from Xinbao Wang and Fen Wang dated 6/27/2025 re: FORMAL REBUTTAL AND OBJECTION TO LEAD COUNSEL'S JUNE 17, 2025, LETTER. (jjc) (Entered: 06/27/2025) |
| 06/27/2025 | 195 | LETTER addressed to Judge Arun Subramanian from Kim E. Miller dated June 27, 2025 re: Response to Formal Rebuttal and Objection to Lead Counsels June 17, 2025 Letter. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit A, 6.18.25 Email String, # 2 Exhibit B, Certified Mail Slip).(Miller, Kim) (Entered: 06/27/2025) |
| 06/27/2025 | 196 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/10/2025 before Judge Arun Subramanian. Court Reporter/Transcriber: Amy Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. Redaction Request due 7/18/2025. Redacted Transcript Deadline set for 7/28/2025. Release of Transcript Restriction set for 9/25/2025.Filed In Associated Cases: 1:21–cv–05906–AS, 1:21–cv–06191–AS, 1:21–cv–06627–AS.(McGuirk, Kelly) (Entered: 06/27/2025) |
| 06/27/2025 | 197 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/10/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:21–cv–05906–AS, 1:21–cv–06191–AS, 1:21–cv–06627–AS.(McGuirk, Kelly) (Entered: 06/27/2025) |
| 06/30/2025 | 198 | LETTER addressed to Judge Arun Subramanian from Kim E. Miller dated June 30, 2025 re: Response to Letter Motions of Fen and Xinbao Wang. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit A, Wang Letter Mtn for Documents, # 2 Exhibit B, Wang Letter Mtn to Adj Hearing, # 3 Exhibit C, Decl. of K. Miller, # 4 Exhibit 1, Webb Email String, # 5 Exhibit 2, Website Screenshot, # 6 Exhibit 3, 6–7–25 FedEx Conf., # 7 Exhibit 4, Gibson Email, # 8 Exhibit 5, Kehl–Chambers Email String, # 9 Exhibit 6, Kehl Phone Screenshot, # 10 Exhibit 7, Kehl ATT Records, # 11 Exhibit 8, Kehl–Gibson Email String, # 12 Exhibit 9, Excerpt of Transcript, # 13 Exhibit 10, Kehl Email to Wangs, # 14 Exhibit 11, Wang Email String, # 15 Exhibit 12, Second Wang Email String, # 16 Exhibit 13, ECF Notice of Supp Obj., # 17 Exhibit 14, Wang–Kehl Email String, # 18 Exhibit 15, 6–17–25 FedEx Conf, # 19 Exhibit 16, Failed USPS Delivery, # 20 Exhibit 17, 6–28–25 FedEx Conf, # 21 Exhibit 18, Kehl Email to Wangs).(Miller, Kim) (Entered: 06/30/2025) |
| 06/30/2025 | 201 | OBJECTORS' LETTER MOTION FOR VERIFIABLE NOTICE RECORDS FROM LEAD COUNSEL. Filed by Xinbao Wang and Fen Wang. (ar) (Entered: 07/01/2025) |
| 06/30/2025 | 202 | LETTER addressed to Judge Arun Subramanian from Fen Wang and Xinbao Wang dated 6/29/2025 re: Request to Adjourn Hearing Due to Medical Emergency. (ar) (Entered: 07/01/2025) |
| 07/01/2025 | 199 | MEMO ENDORSEMENT on re: 198 Letter filed by Craig Bailey, David Berger ENDORSEMENT: The Wangs' request to reschedule the hearing is DENIED. The Court is sorry to learn of Xinbao's injury but nothing in the Wangs' letter indicates why the injury would prevent the Wangs from calling into a telephonic hearing. The Wangs' request for additional documentation is denied as moot given that plaintiffs have voluntarily produced documentation showing that they attempted to contact the Wangs in advance of the prior hearing. SO ORDERED. (Signed by Judge Arun Subramanian on 7/1/2025) (jjc) (Entered: 07/01/2025) |
| 07/01/2025 | 200 | LETTER addressed to Judge Arun Subramanian from Kim E. Miller dated July 1, 2025 re: Service of Order and Notice of Supplemental Exhibit Submitted by Fen and Xinbao Wang. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit A – Wang Notice of Supplemental Exhibit).(Miller, Kim) (Entered: 07/01/2025) |
| 07/01/2025 | 203 | LETTER addressed to Judge Arun Subramanian from Xinbao Wang and Fen Wang dated 6/30/2025 re: NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT TO OBJECTORS' PRIOR SUBMISSION. (tg) (Entered: 07/02/2025) |
| 07/02/2025 | 204 | ORDER denying as moot 201 Motion. Per the Court's July 1, 2025 Order, Dkt. 199, this request is denied as moot given that plaintiffs' counsel has voluntarily produced documentation showing that they attempted to contact the Wangs in advance of the June 10 hearing. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 201. SO ORDERED. (Signed by Judge Arun Subramanian on 7/2/2025) (sgz) (Entered: 07/02/2025) |
| 07/07/2025 | 205 | FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE: This Judgment incorporates by reference the definitions in the Parties' Stipulation of Settlement dated January 24, 2025 (the "Stipulation"), and all capitalized terms used herein shall have the same meanings set forth in the Stipulation. This Judgment incorporates and makes a part hereof: (a) the Stipulation; and (b) the Notice and the Summary Notice. This Court has jurisdiction over the subject matter of the Action and |

| | | |
|---|---|---|
| | | over all Parties to the Action, including Settlement Class Members. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the Settlement and finds that said Settlement is, in all respects, fair, reasonable, adequate to, and in the best interests of the Plaintiff, the Plaintiffs' Releasees, and each of the Settlement Class Members. This Court further finds the Settlement is the result of arm's−length negotiations between experienced counsel representing the interests of the Plaintiff, the Plaintiffs' Releasees, the Settlement Class Members, and the Individual Defendants. Plaintiff and Lead Counsel have fairly and adequately represented the Settlement Class both in terms of litigating the Action and for purposes of entering into and implementing the Settlement and have satisfied the requirements of Federal Rules of Civil Procedure 23(a)(4) and 23(g), respectively. Accordingly, the Settlement is hereby approved in all respects and shall be consummated in accordance with its terms and provisions. The Parties are hereby directed to perform the Stipulation. The Action and all claims contained therein, as well as all the Settled Claims, are dismissed with prejudice as against each and all of the Defendants' Releasees, including CarLotz, Acamar, Acamar Partners Sponson I LLC, Acamar Partners Merger Sub, Inc., Michael W. Bor, Thomas W. Stoltz, Luis Ignacio Solorzano Aizpuru, Rebecca Polak, Juan Carlos Torres Carretero, James E. Skinner, Domenico De Sole, and Teck H. Wong. Plaintiff, Plaintiffs' Releasees, and the Settlement Class will not make applications against any of Defendants' Releasees, and Defendants' Releasees will not make applications against the Plaintiffs or the Plaintiffs'Releasees for fees, costs, or sanctions pursuant to Rule 11, Rule 37, Rule 45 or any other court rule or statute, with respect to any claims or defenses in this Action or to any aspect of the institution, prosecution, or defense of this Action... Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to all Settlement Class Members advising them: (a) that Lead Counsel would seek an award of attorneys' fees of up to thirty−three and one−third percent (33 1/3%) of the Settlement Fund and reimbursement of expenses incurred in connection with the prosecution of the Action not to exceed $190,000, as well as awards up to $15,000 to Lead Plaintiff and Additional Plaintiff, collectively; and (b) that Settlement Class Members had a right to object to such application(s). A full and fair opportunity was given to all Persons who are Settlement Class Members to be heard with respect to the application for the award of attorneys' fees and expenses. The Court finds and concludes that the requested fee award is reasonable and awards attorneys' fees of 33 1/3% percent of the Settlement Fund, plus all interest accrued on that amount, plus reimbursement of expenses in the amount of $155,185.13, plus all interest accrued on that amount, both to be paid from the Settlement Fund pursuant to the Stipulation, upon entry of this Order. The Court further finds and concludes that the requested service award is reasonable and awards a service award of $10,000 to Lead Plaintiff David Berger and $5,000 to Additional Plaintiff Craig Bailey. This Action is hereby dismissed in its entirety with prejudice as to the Defendants' Releasees. The Court noted on the record at the July 2 hearing that the Second Circuit has questioned whether service awards are permissible under Supreme Court precedent. See Fikes Wholesale, Inc. v. HSBC Bank USA, N.A., 62 F.4th 704, 721 (2d Cir. 2023). This precedent is irrelevant in this case, however, because "[s]ervice awards are expressly allowed by statute for class representatives in private securities litigation." See id. at 721 n.9 (citing 15 U.S.C. § 78u−4(a)(4)). The Clerk of Court is respectfully directed to terminate this case. and as further set forth in this Judgement and Order of Dismissal. (Signed by Judge Arun Subramanian on 7/7/2025) (tro) (Entered: 07/07/2025) |
| 07/15/2025 | 206 | OBJECTORS' RULE 60(b) MOTION TO VACATE FINAL JUDGMENT, REQUEST FOR INDICATIVE RULING UNDER FRCP 62.1, AND ALTERNATIVE REQUEST TO STAY SETTLEMENT DISTRIBUTION. (rro) (Entered: 07/17/2025) |
| 07/16/2025 | 207 | NOTICE OF APPEAL from 205 Judgment 189 Order. Form D−P is due within 14 days to the Court of Appeals, Second Circuit. Document filed by Xinbao Wang and Fen Wang.(km) (Entered: 07/22/2025) |
| 07/22/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 207 Notice of Appeal. (km) (Entered: 07/22/2025) |
| 07/22/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 207 Notice of Appeal were transmitted to the U.S. Court of |

| | | |
|---|---|---|
| | | Appeals.(km) (Entered: 07/22/2025) |

CLOSED,APPEAL,ECF,LEAD

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21-cv-05906-AS

IN RE CARLOTZ, INC. SECURITIES LITIGATION
Assigned to: Judge Arun Subramanian
Related Cases: 1:21-cv-06191-AS
1:21-cv-06627-AS
1:21-cv-08786-AS
1:21-cv-08623-AS
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 07/08/2021
Date Terminated: 07/07/2025
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Lead Plaintiff**

**David Berger**

represented by

**Kim Elaine Miller**
Kahn Swick & Foti, LLC
250 Park Avenue
Suite 2040
New York, NY 10177
212-696-3732
Fax: 504-455-1498
Email: kim.miller@ksfcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig J. Geraci**
Kahn Swick & Foti, LLC
1100 Poydras Street
Suite 960
New Orleans, LA 70163
504-455-1400
Fax: 504-455-1498
Email: craig.geraci@ksfcounsel.com
*ATTORNEY TO BE NOTICED*

**J. Ryan Lopatka**
Kahn Swick & Foti, LLC (NYC)
250 Park Ave., Suite 2040
New York, NY 10003
(212) 696-3733
Email: j.lopatka@ksfcounsel.com
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Woodard**
Kahn Swick & Foti, LLC
1100 Poydras Street
Suite 960
New Orleans, LA 70163
504-648-0172
Email: matthew.woodard@ksfcounsel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel G. Erdman**
*Individually and On Behalf of All Others Similarly Situated*

represented by **Charles H. Linehan**
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
Email: clinehan@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Gregory Bradley Linkh**
Glancy Prongay & Murray LLP
230 Park Avenue
Suite 358
New York, NY 10169
212-682-5340
Email: glinkh@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mendel Kabacznik**

represented by **Charles H. Linehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shabsi Kabacznik**

represented by **Charles H. Linehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Kabacznik**

represented by **Charles H. Linehan**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ishvar B. Sutariya** represented by **Ishvar B. Sutariya**
PRO SE

**David Avi Rosenfeld**
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: drosenfeld@rgrdlaw.com
*TERMINATED: 10/21/2021*

**Plaintiff**

**George Bott** represented by **Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)-661-1100
Email: ahood@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Bailey** represented by **Craig J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Ryan Lopatka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Woodard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kim Elaine Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Michael S. Widuck**<br>*individually and on behalf of all others similarly situated* | represented by | **Jeremy Alan Lieberman**<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212)-661-1100<br>Fax: (212)-661-8665<br>Email: jalieberman@pomlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph Alexander Hood , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Michael Turk**<br>*Individually and on Behalf of All Others Similarly Situated* | represented by | **Joseph Eli Levi**<br>Levi & Korsinsky, LLP<br>55 Broadway, 10th Floor<br>New York, NY 10006<br>(212)-363-7500<br>Fax: (212)-363-7171<br>Email: jlevi@zlk.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **CarLotz, Inc.** | represented by | **Mary Jane Eaton**<br>Freshfields US LLP<br>3 World Trade Center<br>175 Greenwich Street<br>Ste 51st Floor<br>New York, NY 10007<br>212-277-4000<br>Email: mary.eaton@freshfields.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas Angelo Caselli**<br>Freshfields US LLP<br>3 World Trade Center<br>175 Greenwich Street<br>Ste 51st Floor |

New York, NY 10007
212-277-4000
Email: nicholas.caselli@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael W. Bor** represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas W. Stoltz** represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Polak**
*TERMINATED: 03/29/2024*
represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acamar Partners Acquisition Corp.** represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acamar Partners Sponsor I LLC** represented by **Stephen Patrick Blake**
Simpson Thacher & Bartlett LLP (CA)
2475 Hanover Street
Palo Alto, CA 94304
(650)-251-5153
Fax: (650)-251-5002
Email: sblake@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acamar Partners Sub, Inc.**

**Defendant**

**Luis Ignacio Solorzano Aizpuru** represented by **Mary Jane Eaton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Angelo Caselli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Juan Carlos Torres Carretero** represented by **Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James E. Skinner** represented by **Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Domenico De Sole** represented by **Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teck H. Wong** represented by **Stephen Patrick Blake**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Fen Wang**

**Objector**

**Xinbao Wang**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2021 | 1 | COMPLAINT against Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz. (Filing Fee $ 402.00, Receipt Number ANYSDC-24771313)Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 07/08/2021) |
| 07/08/2021 | 2 | CIVIL COVER SHEET filed..(Linkh, Gregory) (Entered: 07/08/2021) |
| 07/08/2021 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to CARLOTZ, INC., MICHAEL W. BOR, and THOMASW. STOLTZ, re: 1 Complaint. Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 07/08/2021) |
| 07/09/2021 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Gregory Bradley Linkh. The party information for the following party/parties has been modified: Daniel G. Erdman. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc)** (Entered: 07/09/2021) |
| 07/09/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(pc) (Entered: 07/09/2021) |
| 07/09/2021 | | Magistrate Judge Katharine H. Parker is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (pc) (Entered: 07/09/2021) |
| 07/09/2021 | | Case Designated ECF. (pc) (Entered: 07/09/2021) |
| 07/09/2021 | 4 | ELECTRONIC SUMMONS ISSUED as to Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(pc) (Entered: 07/09/2021) |
| 07/16/2021 | 5 | |

| | | |
|---|---|---|
| | | ORDER AND NOTICE OF INITIAL CONFERENCE: This case has been assigned to me for all purposes. It is hereby: ORDERED that, by October 8, 2021, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs as further set forth in this order. IT IS FURTHER ORDERED that counsel for all parties appear for an initial statusconference on October 15, 2021 at 10:00 a.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If Defendants have been properly served and the parties are available to proceed with an initial status conference prior to October 15, 2021 the parties shall notify the Court and propose alternative dates for the conference. Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated. SO ORDERED., Initial Conference set for 10/15/2021 at 10:00 AM before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 7/16/2021) (rj) (Entered: 07/16/2021) |
| 07/22/2021 | 6 | SUMMONS RETURNED EXECUTED Summons and Complaint served. CarLotz, Inc. served on 7/20/2021, answer due 8/10/2021. Service was accepted by Legal Rep. Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 07/22/2021) |
| 08/05/2021 | 7 | NOTICE OF APPEARANCE by Mary Jane Eaton on behalf of Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 08/05/2021) |
| 08/05/2021 | 8 | NOTICE OF APPEARANCE by Nicholas Angelo Caselli on behalf of Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Caselli, Nicholas) (Entered: 08/05/2021) |
| 08/05/2021 | 9 | PROPOSED STIPULATION AND ORDER. Document filed by Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 08/05/2021) |
| 08/06/2021 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by CarLotz, Inc...(Eaton, Mary) (Entered: 08/06/2021) |
| 08/06/2021 | 11 | STIPULATION AND SCHEDULING ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, and subject to Court approval, that: 1. By entering into this stipulation, Defendants accept service of the Complaint in this action and expressly reserve all of their respective rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense to the sufficiency of service of the Complaint. 2. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended complaint or designating the operative complaint and for briefing on any motion to dismiss or response thereto. Defendants shall have no obligation to respond to the Complaint until the date ordered by the Court after it receives the proposed schedule. IT IS SO STIPULATED. IT IS SO ORDERED. Any oppositions to motions to serve as lead plaintiff shall be due September 17, 2021, and any replies shall be due September 24, 2021. In addition, the Court notes that in the event that any party seeks to consolidate this action with any other action on behalf of a class |

| | | |
|---|---|---|
| | | asserting substantially the same claim, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. See 15 U.S.C. § 78u-4(a)(3)(B)(ii). The Court will discuss any motions to serve as lead plaintiff or requests for consolidation at the October 15, 2021 telephone conference scheduled for both this action and in the related Widuck v. CarLotz action (No. 21-CV-6191). ( Motions due by 9/17/2021, Replies due by 9/24/2021.) (Signed by Judge Ronnie Abrams on 8/6/2021) (ate) (Entered: 08/06/2021) |
| 08/06/2021 | | Set/Reset Deadlines: Responses due by 9/17/2021 (ate) (Entered: 08/12/2021) |
| 08/16/2021 | 12 | ORDER: These related putative securities class actions have been assigned to me. Each action names the same three Defendants, and counsel has appeared on behalf of Defendants in the first filed action, Erdman v. CarLotz, Inc., et al. No later than August 30, 2021, the parties are directed to meet and confer and to inform the Court by joint submission whether (1) any party anticipates moving to consolidate these actions; and (2) if so, proposing a common schedule by which the motions for consolidation and the selection of lead plaintiff/counsel will be submitted, keeping in mind the statutory requirements set out in the PSLRA. See 15 U.S.C. § 78u-4(a)(3). As noted in the Court's previous orders in Erdman and Widuck, a telephone conference is currently scheduled in all three actions for October 15, 2021 at 10:00 a.m., on the following conference line: Call-in Number: (888) 363-4749; Access Code: 1015508. The Court is willing to adjust the timing of this conference if a different date would be more appropriate, and the joint letter described above should indicate if that is the case. SO ORDERED., Telephone Conference set for 10/15/2021 at 10:00 AM before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 8/16/2021) (rj) (Entered: 08/16/2021) |
| 08/30/2021 | 13 | LETTER addressed to Judge Ronnie Abrams from Gregory B. Linkh dated August 30, 2021 re: Meet and Confer. Document filed by Daniel G. Erdman.. (Linkh, Gregory) (Entered: 08/30/2021) |
| 08/30/2021 | 14 | PROPOSED STIPULATION AND ORDER. Document filed by Daniel G. Erdman..(Linkh, Gregory) (Entered: 08/30/2021) |
| 08/31/2021 | 15 | MEMO ENDORSEMENT on re: (13 in 1:21-cv-05906-RA) Letter re: Meet and Confer filed by Daniel G. Erdman. ENDORSEMENT: The Court agrees with the approach proposed by the parties, and thanks them for their cooperation. The Clerk of Court is directed to consolidate these actions in accordance with the stipulation and order being filed alongside this endorsement. (See para. 1-3). SO ORDERED. (Signed by Judge Ronnie Abrams on 8/31/2021) (rj) (Entered: 08/31/2021) |
| 08/31/2021 | 16 | STIPULATION AND ORDER CONSOLIDATING ACTIONS AND SETTING BRIEFING SCHEDULE FOR ANTICIPATED LEAD PLAINTIFF MOTIONS: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows: 1. The above-captioned actions are consolidated for all purposes, including pre-trial proceedings and any trial, pursuant to Federal Rule of Civil Procedure 42 (a) as In re CarLotz, Inc. Securities Litigation, Master File No. 1:21- cv-05906-RA (the "Consolidated Action"). 2. Every pleading filed in the Consolidated |

| | | |
|---|---|---|
| | | Action, or in any separate action included herein, must bear the following caption: IN RE CARLOTZ, INC. SECURITIES LITIGATION. 3. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 1:21-cv-05906-RA. 4. In accordance with Local Civil Rule 6.1(b), oppositions to motions to serve as lead plaintiff shall be filed by September 21, 2021, and any replies shall be filed by September 28, 2021. 5. On October 15, 2021 at 10:00 a.m., the Court will hold a telephonic motion hearing concerning any motions for appointment of lead plaintiff and lead counsel. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. 6. Within fourteen (14) days after the entry of an order by the Court appointing lead plaintiff(s) and lead counsel in the Consolidated Action, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended complaint or designating an existing complaint as the operative complaint in the Consolidated Action (the "Consolidated Complaint") and for any briefing on any motion to dismiss or response thereto. In the event lead counsel and counsel for Defendants agree upon such a schedule, they shall submit a written stipulation and proposed order for the Court's approval. In the event lead counsel and counsel for Defendants are unable to agree upon such a schedule, they shall submit a joint letter to the Court not to exceed 3 pages, setting out their respective positions. Until such schedule is approved by the Court, Defendants shall have no obligation to move, answer, or otherwise respond to any complaints filed in the Erdman, Widuck, or Turk Actions, in any action consolidated into the Consolidated Action, or in the Consolidated Action. 7. The October 15, 2021 Initial Case Management Conference, and the October 8, 2021 deadline to submit a joint letter and proposed case management plan, and scheduling order in connection with the same, is postponed until such further date set by the Court. 8. Defendants take no position as to the schedule for briefing motions for appointment as lead plaintiff and/or lead counsel or the hearing on such motions. IT IS SO STIPULATED., Telephone Conference set for 10/15/2021 at 10:00 AM before Judge Ronnie Abrams, Responses due by 9/21/2021, Replies due by 9/28/2021. (Signed by Judge Ronnie Abrams on 8/31/2021) Filed In Associated Cases: 1:21-cv-05906-RA, 1:21-cv-06191-RA, 1:21-cv-06627-RA (rj) (Entered: 08/31/2021) |
| 09/07/2021 | 17 | MOTION to Appoint David Berger to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by David Berger..(Miller, Kim) (Entered: 09/07/2021) |
| 09/07/2021 | 18 | MEMORANDUM OF LAW in Support re: 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by David Berger..(Miller, Kim) (Entered: 09/07/2021) |
| 09/07/2021 | 19 | DECLARATION of Kim E. Miller in Support re: 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by David Berger. (Attachments: # 1 Exhibit A - PSLRA Certification, # 2 Exhibit B - Loss Chart, # 3 Exhibit C - Statutory Notice, # 4 Exhibit D - Berger Declaration, # 5 Exhibit E - KSF Resume).(Miller, Kim) (Entered: 09/07/2021) |

| | | |
|---|---|---|
| 09/07/2021 | 20 | PROPOSED ORDER. Document filed by David Berger. Related Document Number: 17 ..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/07/2021) |
| 09/07/2021 | 21 | MOTION to Appoint Counsel ., MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) . Document filed by Mendel Kabacznik, Shabsi Kabacznik, Abraham Kabacznik. (Attachments: # 1 Text of Proposed Order).(Linkh, Gregory) (Entered: 09/07/2021) |
| 09/07/2021 | 22 | MEMORANDUM OF LAW in Support re: 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) . . Document filed by Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik..(Linkh, Gregory) (Entered: 09/07/2021) |
| 09/07/2021 | 23 | DECLARATION of Gregory B. Linkh in Support re: 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) .. Document filed by Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik. (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Certifications, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - Joint Declaration, # 5 Exhibit E - GPM Firm Resume).(Linkh, Gregory) (Entered: 09/07/2021) |
| 09/07/2021 | 24 | MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Ishvar B. Sutariya.. (Rosenfeld, David) (Entered: 09/07/2021) |
| 09/07/2021 | 25 | MEMORANDUM OF LAW in Support re: 24 MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Ishvar B. Sutariya..(Rosenfeld, David) (Entered: 09/07/2021) |
| 09/07/2021 | 26 | DECLARATION of David A. Rosenfeld in Support re: 24 MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Ishvar B. Sutariya. (Attachments: # 1 Exhibit A - PSLRA Notice, # 2 Exhibit B - Certification, # 3 Exhibit C - Estimate of losses, # 4 Exhibit D - Declaration of Ishvar B. Sutariya).(Rosenfeld, David) (Entered: 09/07/2021) |
| 09/07/2021 | 27 | PROPOSED ORDER. Document filed by Ishvar B. Sutariya. Related Document Number: 24 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/07/2021) |
| 09/07/2021 | 28 | MOTION to Appoint George Bott to serve as lead plaintiff(s) ., MOTION to Approve Lead Plaintiff Counsel . Document filed by George Bott..(Hood, Joseph) (Entered: 09/07/2021) |
| 09/07/2021 | 29 | PROPOSED ORDER. Document filed by George Bott. Related Document Number: 28 ..(Hood, Joseph) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/07/2021) |
| 09/07/2021 | 30 | |

| | | |
|---|---|---|
| | | MEMORANDUM OF LAW in Support re: 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel . . Document filed by George Bott..(Hood, Joseph) (Entered: 09/07/2021) |
| 09/07/2021 | 31 | DECLARATION of J. Alexander Hood II in Support re: 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel .. Document filed by George Bott. (Attachments: # 1 Exhibit A - Loss Chart, # 2 Exhibit B - Press Release, # 3 Exhibit C - Certification, # 4 Exhibit D - Movant Declaration, # 5 Exhibit E - Firm Resume).(Hood, Joseph) (Entered: 09/07/2021) |
| 09/08/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 20 Proposed Order 27 Proposed Order 29 Proposed Order was reviewed and approved as to form. (km)** (Entered: 09/08/2021) |
| 09/21/2021 | 32 | NOTICE of NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL. Document filed by George Bott..(Lieberman, Jeremy) (Entered: 09/21/2021) |
| 09/21/2021 | 33 | RESPONSE to Motion re: 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) ., 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel . . Document filed by Ishvar B. Sutariya..(Rosenfeld, David) (Entered: 09/21/2021) |
| 09/21/2021 | 34 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel . . Document filed by Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik..(Linkh, Gregory) (Entered: 09/21/2021) |
| 09/21/2021 | 35 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Appoint Ishvar B. Sutariya to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) ., 28 MOTION to Appoint George Bott to serve as lead plaintiff(s) . MOTION to Approve Lead Plaintiff Counsel . . Document filed by David Berger..(Miller, Kim) (Entered: 09/21/2021) |
| 09/28/2021 | 36 | REPLY MEMORANDUM OF LAW in Support re: 21 MOTION to Appoint Counsel . MOTION to Appoint Mendel Kabacznik, Shabsi Kabacznik, and Abraham Kabacznik to serve as lead plaintiff(s) . . Document filed by Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik..(Linkh, Gregory) (Entered: 09/28/2021) |
| 09/28/2021 | 37 | |

| | | |
|---|---|---|
| | | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Appoint David Berger to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by David Berger..(Miller, Kim) (Entered: 09/28/2021) |
| 10/13/2021 | 38 | MOTION for Charles H. Linehan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25191861. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Daniel G. Erdman, Abraham Kabacznik, Mendel Kabacznik, Shabsi Kabacznik. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Proposed Order).(Linehan, Charles) (Entered: 10/13/2021) |
| 10/14/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Charles H. Linehan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25191861. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/14/2021) |
| 10/15/2021 | 39 | ORDER granting 38 Motion for Charles H. Linehan to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 10/15/2021) |
| 10/15/2021 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Telephone Conference held on 10/15/2021. (Court Reporter Andrew Walker) (arc) (Entered: 10/15/2021) |
| 10/15/2021 | 40 | ORDER denying 24 Motion to Appoint ; denying 24 Motion to Appoint Counsel ; denying 28 Motion to Appoint ; denying 28 Motion to Approve David Berger; granting 17 Motion to Appoint Counsel ; granting 21 Motion to Appoint Counsel ; denying 21 Motion to Appoint ; denying. Having considered the motions of David Berger, the Kabacznik Brothers, Ishvar Sutariya, and George Bott to serve as lead plaintiff(s) in this consolidated action, and for the reasons stated on the record at today's telephone conference, it is hereby ordered that: 1. David Berger's motion to serve as Lead Plaintiff is granted, and the other motions are denied; 2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Kahn Swick & Foti, LLC as Lead Counsel for the putative class; 3. As previously ordered by the Court, see Dkt. 14, on or before October 29, 2021, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended complaint or designating an existing complaint as the operative complaint, and for briefing on any motion to dismiss or response thereto. Until the Court adopts such a schedule, Defendants need not move, answer, or otherwise respond to the existing complaints. The Clerk of Court is respectfully directed to terminate the motions pending at Docket Entries 17, 21, 24, and 28. SO ORDERED. (Signed by Judge Ronnie Abrams on 10/15/2021) (ate) (Entered: 10/15/2021) |
| 10/20/2021 | 41 | MOTION for David A. Rosenfeld to Withdraw as Attorney . Document filed by Ishvar B. Sutariya..(Rosenfeld, David) (Entered: 10/20/2021) |
| 10/20/2021 | 42 | PROPOSED ORDER. Document filed by Ishvar B. Sutariya. Related Document Number: 41 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/20/2021) |

| | | |
|---|---|---|
| 10/20/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 42 Proposed Order was reviewed and approved as to form. (km)** (Entered: 10/20/2021) |
| 10/21/2021 | 43 | MEMO ENDORSEMENT on ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL: granting (41) Motion to Withdraw as Attorney. ENDORSEMENT: IT IS SO ORDERED. Attorney David Avi Rosenfeld terminated in case 1:21-cv-05906-RA. (Signed by Judge Ronnie Abrams on 10/21/2021) Filed In Associated Cases: 1:21-cv-05906-RA, 1:21-cv-06191-RA, 1:21-cv-06627-RA (ama) (Entered: 10/21/2021) |
| 10/25/2021 | 44 | PROPOSED STIPULATION AND ORDER. Document filed by David Berger, Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Miller, Kim) (Entered: 10/25/2021) |
| 10/26/2021 | 45 | STIPULATION AND ORDER REGARDING SCHEDULE FOR PLAINTIFF TO FILE A CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO: NOW, THEREFORE, the Parties, through their undersigned counsel and subject to the Court's approval, stipulate and agree as follows: 1. Lead Plaintiff shall file a consolidated amended complaint on or before Tuesday, December 14, 2021. 2. Defendants shall move, answer or otherwise respond to the consolidated amended complaint on or before Friday, February 25, 2022. 3. If Defendants file a motion in response to the consolidated amended complaint (the "Motion") Lead Plaintiff shall file any opposition to such Motion Defendants on or before Tuesday, April 26, 2022. 4. Defendants shall file any reply in further support of their Motion (if any) on or before Friday, June 10, 2022. 5. By entering into this stipulation, Defendants expressly reserve all of their respective rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction. The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED. (Signed by Judge Ronnie Abrams on 10/26/2021) (tg) (Entered: 10/26/2021) |
| 10/26/2021 | | Set/Reset Deadlines: Amended Pleadings due by 12/14/2021. Motions due by 2/25/2022. Responses due by 4/26/2022 Replies due by 6/10/2022. (tg) (Entered: 10/26/2021) |
| 11/10/2021 | 46 | LETTER addressed to Judge Ronnie Abrams from Mary Eaton dated 11/10/2021 re: Notice of Relatedness. Document filed by Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 11/10/2021) |
| 12/14/2021 | 47 | AMENDED COMPLAINT amending 1 Complaint against Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz, Rebecca Polak, Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Acamar Partners Sub, Inc., Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, James E. Skinner, Domenico De Sole, Teck H. Wong with JURY DEMAND.Document filed by David Berger, Craig Bailey. Related document: 1 Complaint. (Attachments: # 1 Exhibit A, Berger Certificate, # 2 Exhibit B, Bailey Certificate).(Miller, Kim) (Entered: 12/14/2021) |
| 12/14/2021 | 48 | **FILING ERROR - DEFICIENT PLEADING - SUMMONS REQUEST As To -** REQUEST FOR ISSUANCE OF SUMMONS as to Acamar Partners |

| | | |
|---|---|---|
| | | Acquisition Corp.; Acamar Partners Sponsor I LLC; Acamar Partners Sub, Inc.; Luis Ignacio Solorzano Aizpuru; Juan Carlos Torres Carretero; James E. Skinner; Domenico De Sole; Teck H. Wong; Rebecca C. Polak, re: 47 Amended Complaint,,. Document filed by Craig Bailey, David Berger..(Miller, Kim) Modified on 12/15/2021 (vf). (Entered: 12/14/2021) |
| 12/15/2021 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Kim Elaine Miller to RE-FILE Document No. 48 Request for Issuance of Summons,. The filing is deficient for the following reason(s): Defendant party name error. Defendant party name error listed for party (Rebecca C. Polak) on Summons. Party name does not exactly correspond to pleading. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (vf)** (Entered: 12/15/2021) |
| 12/15/2021 | 49 | REQUEST FOR ISSUANCE OF SUMMONS as to Acamar Partners Acquisition Corp.; Acamar Partners Sponsor I LLC; Acamar Partners Sub, Inc.; Luis Ignacio Solorzano Aizpuru; Juan Carlos Torres Carretero; James E. Skinner; Domenico De Sole; Teck H. Wong; Rebecca Polak, re: 47 Amended Complaint,,. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 12/15/2021) |
| 12/15/2021 | 50 | ELECTRONIC SUMMONS ISSUED as to Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Acamar Partners Sub, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, Teck H. Wong. (vf) (Entered: 12/15/2021) |
| 02/17/2022 | 51 | LETTER MOTION for Leave to File Second Amended Complaint addressed to Judge Ronnie Abrams from Kim E. Miller dated February 17, 2022. Document filed by David Berger..(Miller, Kim) (Entered: 02/17/2022) |
| 02/17/2022 | 52 | PROPOSED ORDER. Document filed by David Berger. Related Document Number: [51 - LETTER MOTION for Leave to File Second Amended Complaint]..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/17/2022) |
| 02/17/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 52 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 02/17/2022) |
| 02/18/2022 | 53 | ORDER GRANTING PLAINTIFFS' LETTER MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT granting 51 Letter Motion for Leave to File Document. Having considered Plaintiffs' letter motion requesting leave to file a Second Amended Complaint (the "Motion"), and good cause appearing therefore, IT IS HEREBY ORDERED THAT: 1. The Motion is GRANTED; 2. Plaintiffs shall file their Second Amended Complaint by March 4, 2022; and 3. Within 7 days of the filing of the Second Amended Complaint, the Parties shall submit a proposed briefing schedule for Defendants' anticipated motion dismiss. (Signed by Judge Ronnie Abrams on 2/18/2022) (ate) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | | Set/Reset Deadlines: Amended Pleadings due by 3/4/2022. (ate) (Entered: 02/18/2022) |
| 03/04/2022 | 54 | SECOND AMENDED COMPLAINT amending 1 Complaint, 47 Amended Complaint,, against Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Acamar Partners Sub, Inc., Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong with JURY DEMAND.Document filed by Craig Bailey, David Berger. Related document: 1 Complaint, 47 Amended Complaint,,.(Miller, Kim) (Entered: 03/04/2022) |
| 03/11/2022 | 55 | PROPOSED STIPULATION AND ORDER. Document filed by Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 03/11/2022) |
| 03/14/2022 | 56 | STIPULATION AND ORDER MODIFYING THE COURT'S OCTOBER 26, 2021 SCHEDULING ORDER: NOW, THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, that: 1. The October 26 Scheduling Order shall be modified as follows: a. Defendants shall move, answer, or otherwise respond to the SAC on or before Monday, May 2, 2022. b. If Defendants file a motion in response to the SAC (the "Motion"), Plaintiffs shall file any opposition to such Motion on or before Friday, July 1, 2022. c. Defendants shall file any reply in further support of their Motion on or before Monday, August 15, 2022. 2. The remaining provisions of the October 26 Scheduling Order remain in full force and effect. The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED. Michael W. Bor answer due 5/2/2022; CarLotz, Inc. answer due 5/2/2022; Thomas W. Stoltz answer due 5/2/2022.( Motions due by 5/2/2022., Responses due by 7/1/2022, Replies due by 8/15/2022.) (Signed by Judge Ronnie Abrams on 3/14/2022) (jca) (Entered: 03/14/2022) |
| 04/21/2022 | 57 | CONSENT LETTER MOTION for Extension of Time *to move, answer, or otherwise respond to Plaintiffs' Second Amended Complaint* addressed to Judge Ronnie Abrams from Mary Eaton dated April 21, 2022. Document filed by Michael W. Bor, CarLotz, Inc., Thomas W. Stoltz..(Eaton, Mary) (Entered: 04/21/2022) |
| 04/22/2022 | 58 | ORDER: granting 57 Letter Motion for Extension of Time. Application Granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 4/22/2022) (ama) (Entered: 04/22/2022) |
| 04/22/2022 | | Set/Reset Deadlines: Michael W. Bor answer due 5/16/2022; CarLotz, Inc. answer due 5/16/2022; Thomas W. Stoltz answer due 5/16/2022. Responses due by 7/15/2022 Replies due by 8/29/2022. (ama) (Entered: 04/22/2022) |
| 05/12/2022 | 59 | PROPOSED STIPULATION AND ORDER. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 05/12/2022) |
| 05/12/2022 | 60 | NOTICE OF APPEARANCE by Mary Jane Eaton on behalf of Acamar Partners Acquisition Corp., Rebecca Polak..(Eaton, Mary) (Entered: 05/12/2022) |

| | | |
|---|---|---|
| 05/12/2022 | 61 | NOTICE OF APPEARANCE by Nicholas Angelo Caselli on behalf of Acamar Partners Acquisition Corp., Rebecca Polak..(Caselli, Nicholas) (Entered: 05/12/2022) |
| 05/12/2022 | 62 | STIPULATION AND ORDER ACCEPTING SERVICE AND SETTING A COORDINATED SCHEDULE: NOW, THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, that: 1. By entering into this stipulation, the Acamar Defendants and Ms. Polak accept service of the SAC and expressly reserve all of their respective rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense to the sufficiency of service of the SAC. 2. Defendants shall respond to the SAC on or before Tuesday, June 21, 2022. In the event Defendants move to dismiss the SAC: a. Defendants shall file their motion(s) to dismiss the SAC on or before Tuesday, June 21, 2022 (the "Motion(s)"). b. Plaintiffs shall file any opposition to the Motion(s) on or before Monday, August 22, 2022. c. Defendants shall file any reply in further support of their Motion(s) on or before Thursday, October 6, 2022. 3. The parties shall meet and confer and submit a proposal to Court no later than Tuesday, June 14, 2022 concerning appropriate page limitations for the Motion(s). 4. Except to the extent modified by this Stipulation and Order, the remaining provisions of the Court's previously issued scheduling orders dated October 26, 2021, March 14, 2022, and April 22, 2022 (ECF 45, 56, 58) shall remain in full force and effect. The above stipulation having been considered, and good cause appearing therefore, IT IS SO ORDERED. Acamar Partners Acquisition Corp. answer due 6/21/2022; Acamar Partners Sponsor I LLC answer due 6/21/2022; Acamar Partners Sub, Inc. answer due 6/21/2022; Michael W. Bor answer due 6/21/2022; CarLotz, Inc. answer due 6/21/2022; Domenico De Sole answer due 6/21/2022; Rebecca Polak answer due 6/21/2022; James E. Skinner answer due 6/21/2022; Luis Ignacio Solorzano Aizpuru answer due 6/21/2022; Thomas W. Stoltz answer due 6/21/2022; Juan Carlos Torres Carretero answer due 6/21/2022; Teck H. Wong answer due 6/21/2022.( Motions due by 6/21/2022., Responses due by 8/22/2022, Replies due by 10/6/2022.) (Signed by Judge Ronnie Abrams on 5/12/2022) (ate) (Entered: 05/12/2022) |
| 06/14/2022 | 63 | JOINT LETTER MOTION for Leave to File Excess Pages addressed to Judge Ronnie Abrams from Mary Eaton dated June 14, 2022. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 06/14/2022) |
| 06/15/2022 | 64 | ORDER granting 63 Letter Motion for Leave to File Excess Pages. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 6/15/2022) (ate) (Entered: 06/15/2022) |
| 06/21/2022 | 65 | NOTICE OF APPEARANCE by Stephen Patrick Blake on behalf of Acamar Partners Sponsor I LLC, Domenico De Sole, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Juan Carlos Torres Carretero, Teck H. Wong..(Blake, Stephen) (Entered: 06/21/2022) |
| 06/21/2022 | 66 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Acamar Partners Sponsor I LLC..(Blake, Stephen) (Entered: 06/21/2022) |

| | | |
|---|---|---|
| 06/21/2022 | 67 | JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 06/21/2022) |
| 06/21/2022 | 68 | JOINT MEMORANDUM OF LAW in Support re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. . Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit Annex A).(Eaton, Mary) (Entered: 06/21/2022) |
| 06/21/2022 | 69 | DECLARATION of Mary Eaton in Support re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*.. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43).(Eaton, Mary) (Entered: 06/21/2022) |
| 08/22/2022 | 70 | MEMORANDUM OF LAW in Opposition re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. . Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 08/22/2022) |
| 08/22/2022 | 71 | DECLARATION of Kim E. Miller in Opposition re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*.. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit 1 - 6/13/22 Freshfields Letter, # 2 Exhibit 2 - 4/8/21 Coates Statement, # 3 Exhibit 3 - 12/30/20 Form 242B3 Excerpt, # 4 Exhibit 4 - 3/15/21 Form 8-K).(Miller, Kim) (Entered: 08/22/2022) |
| 09/22/2022 | 72 | CONSENT LETTER MOTION for Extension of Time *to submit reply brief in further support of Defendants' motion to dismiss Plaintiffs' Second Amended Complaint* addressed to Judge Ronnie Abrams from Mary Eaton dated 9/22/2022. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong..(Eaton, Mary) (Entered: 09/22/2022) |
| 09/23/2022 | 73 | ORDER granting 72 Letter Motion for Extension of Time. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 9/23/2022) (ate) (Entered: 09/23/2022) |
| 09/23/2022 | | Set/Reset Deadlines: Replies due by 10/20/2022. (ate) (Entered: 09/23/2022) |
| 10/20/2022 | 74 | |

| | | |
|---|---|---|
| | | JOINT REPLY MEMORANDUM OF LAW in Support re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. . Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong. (Attachments: # 1 Exhibit Annex I).(Eaton, Mary) (Entered: 10/20/2022) |
| 10/21/2022 | 75 | JOINT LETTER MOTION for Oral Argument addressed to Judge Ronnie Abrams from Mary Eaton dated October 20, 2022. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong..(Eaton, Mary) (Entered: 10/21/2022) |
| 10/21/2022 | 76 | DECLARATION of Mary Eaton in Support re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*.. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong. (Attachments: # 1 Exhibit 44, # 2 Exhibit 45, # 3 Exhibit 46, # 4 Exhibit 47, # 5 Exhibit 48, # 6 Exhibit 49, # 7 Exhibit 50).(Eaton, Mary) (Entered: 10/21/2022) |
| 11/04/2022 | 77 | LETTER MOTION for Leave to File Sur-Reply to Defendants' Motion to Dismiss the Second Amended Complaint addressed to Judge Ronnie Abrams from Kim E. Miller dated November 4, 2022. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit 1, Proposed Text of Sur-Reply, # 2 Supplement Addendum 1, Scholars' Amicus Brief, # 3 Text of Proposed Order Granting Plaintiffs' Motion).(Miller, Kim) (Entered: 11/04/2022) |
| 11/07/2022 | 78 | LETTER RESPONSE to Motion addressed to Judge Ronnie Abrams from Mary Eaton dated 11/07/2022 re: 77 LETTER MOTION for Leave to File Sur-Reply to Defendants' Motion to Dismiss the Second Amended Complaint addressed to Judge Ronnie Abrams from Kim E. Miller dated November 4, 2022. *(Filed Jointly)*. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong..(Eaton, Mary) (Entered: 11/07/2022) |
| 11/07/2022 | 79 | ORDER GRANTING PLAINITFFS' REQUEST TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT granting 77 Letter Motion for Leave to File Document. Having considered the letter-motion of Lead Plaintiff David Berger and Additional Plaintiff Craig Bailey for leave to file a sur-reply in opposition to Defendants' Motion to Dismiss the Second Amended Complaint, and good cause appearing therefore, IT IS HEREBY ORDERED THAT: The Motion is GRANTED.. (Signed by Judge Ronnie Abrams on 11/7/2022) (ate) (Entered: 11/07/2022) |
| 11/08/2022 | 80 | |

| | | |
|---|---|---|
| | | REPLY MEMORANDUM OF LAW in Opposition re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. *(Sur-Reply)*. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 11/08/2022) |
| 11/08/2022 | 81 | DECLARATION of Kim E. Miller in Opposition re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*.. Document filed by Craig Bailey, David Berger. (Attachments: # 1 Exhibit 1, Scholars' Amicus Brief).(Miller, Kim) (Entered: 11/08/2022) |
| 01/18/2023 | 82 | NOTICE of of Supplemental Authority re Joint Motion to Dismiss Plaintiffs' Second Amended Complaint. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sponsor I LLC, Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong. (Attachments: # 1 Exhibit 1 - Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd. (2d Cir. Nov. 30, 2022), # 2 Exhibit 2 - Redline, # 3 Exhibit 3 - Order Denying Rehearing).(Eaton, Mary) (Entered: 01/18/2023) |
| 02/22/2023 | 83 | ORDER granting 75 Letter Motion for Oral Argument. Oral argument on Defendants' motion to dismiss shall be held on March 28, 2023 at 11:30 a.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York. (Signed by Judge Ronnie Abrams on 2/22/2023) (ate) (Entered: 02/22/2023) |
| 02/22/2023 | | Set/Reset Hearings: Oral Argument set for 3/28/2023 at 11:30 AM in Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 before Judge Ronnie Abrams. (ate) (Entered: 02/22/2023) |
| 03/21/2023 | 84 | LETTER addressed to Judge Ronnie Abrams from Mary Eaton dated 03/21/2023 re: Application for Leave to Bring Electronic Devices into Courthouse. Document filed by Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz. (Attachments: # 1 Exhibit Proposed Order).(Eaton, Mary) (Entered: 03/21/2023) |
| 03/22/2023 | 85 | MEMO ENDORSEMENT on re: 84 Letter, filed by Michael W. Bor, Rebecca Polak, CarLotz, Inc., Acamar Partners Acquisition Corp., Thomas W. Stoltz. ENDORSEMENT: SO ORDERED. (Signed by Judge Ronnie Abrams on 3/22/2023) (ate) (Entered: 03/22/2023) |
| 03/28/2023 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Oral Argument held on 3/28/2023 re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. filed by Michael W. Bor, Rebecca Polak, CarLotz, Inc., Acamar Partners Acquisition Corp., Thomas W. Stoltz. (Court Reporter Steven Greenblum) (arc) (Entered: 03/29/2023) |
| 03/29/2023 | 86 | LETTER addressed to Judge Ronnie Abrams from Kim E. Miller dated March 29, 2023 re: Plaintiffs' Position Regarding Amendment of Complaint to Add Section 10(b) Claims Against Defendant Acamar. Document filed by Craig Bailey, David Berger..(Miller, Kim) (Entered: 03/29/2023) |
| 03/31/2023 | 87 | OPINION AND ORDER re: 67 JOINT MOTION to Dismiss *Plaintiffs' Second Amended Complaint*. filed by Michael W. Bor, Rebecca Polak, CarLotz, Inc., Acamar Partners Acquisition Corp., Thomas W. Stoltz. For the foregoing |

| | | |
|---|---|---|
| | | reasons, Defendants' motion to dismiss is granted. As discussed, Plaintiffs shall have one opportunity to amend the Second Amended Complaint within thirty days. The Clerk of Court is respectfully requested to terminate the motion pending at docket number 67. (Signed by Judge Ronnie Abrams on 3/31/2023) (ate) (Entered: 03/31/2023) |
| 04/10/2023 | 88 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 3/28/2023 before Judge Ronnie Abrams. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/1/2023. Redacted Transcript Deadline set for 5/11/2023. Release of Transcript Restriction set for 7/10/2023.Filed In Associated Cases: 1:21-cv-05906-RA, 1:21-cv-06191-RA, 1:21-cv-06627-RA. (McGuirk, Kelly) (Entered: 04/10/2023) |
| 04/10/2023 | 89 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 3/28/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:21-cv-05906-RA, 1:21-cv-06191-RA, 1:21-cv-06627-RA.(McGuirk, Kelly) (Entered: 04/10/2023) |
| 05/01/2023 | 90 | THIRD AMENDED COMPLAINT amending 1 Complaint, 47 Amended Complaint,, 54 Amended Complaint, against Acamar Partners Acquisition Corp., Michael W. Bor, CarLotz, Inc., Domenico De Sole, Rebecca Polak, James E. Skinner, Luis Ignacio Solorzano Aizpuru, Thomas W. Stoltz, Juan Carlos Torres Carretero, Teck H. Wong with JURY DEMAND.Document filed by Craig Bailey, David Berger. Related document: 1 Complaint, 47 Amended Complaint,, 54 Amended Complaint,.(Miller, Kim) (Entered: 05/01/2023) |
| 05/12/2023 | 91 | PROPOSED STIPULATION AND ORDER. Document filed by Acamar Partners Acquisition Corp., Acamar Partners Sub, Inc., Michael W. Bor, CarLotz, Inc., Rebecca Polak, Thomas W. Stoltz..(Eaton, Mary) (Entered: 05/12/2023) |
| 05/15/2023 | 92 | STIPULATION AND ORDER SETTING A COORDINATED SCHEDULE: NOW, THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, that: 1. Defendants shall move, answer, or otherwise respond to the TAC on or before Friday, July 7, 2023. 2. In the event Defendants move to dismiss the TAC: a. Defendants shall file their motion to dismiss the TAC, not to exceed 65 pages, on or before Friday, July 7, 2023 (the "Motion"). b. Plaintiffs shall file any opposition to the Motion, not to exceed 65 pages, on or before Thursday, September 14, 2023. c. Defendants shall file any reply in further support of their Motion, not to exceed 25 pages, on or before Monday, October 16, 2023. 3. Except to the extent modified by this Stipulation and Order, the remaining provisions of the Court's previously issued scheduling orders dated October 26, 2021, March 14, 2022, April 22, 2022, and May 12, |